B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>**Western District of Pennsylvania, Pittsburgh Div** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Alescio, Charles** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Alescio, Carolyn D.** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA Chuck Alescio Contracting and Plumbing; DBA US Lumber Company; DBA Alescio Realty** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA Roosters and Lace; DBA Carolyn Homes and Remodeling** |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-7405** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-1637** |
| Street Address of Debtor (No. and Street, City, and State):<br>**326 Snowberry Circle**<br>**Venetia, PA**<br>ZIP Code **15367** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**326 Snowberry Circle**<br>**Venetia, PA**<br>ZIP Code **15367** |
| County of Residence or of the Principal Place of Business:<br>**Washington** | County of Residence or of the Principal Place of Business:<br>**Washington** |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."　　☐ Debts are primarily business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**

■ Debtor estimates that funds will be available for distribution to unsecured creditors.

☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ 1-49 | ☐ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**B1 (Official Form 1)(1/08)** Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Alescio, Charles** <br> **Alescio, Carolyn D.** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location <br> Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location <br> Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: <br> **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> **X**  **/s/ JASON J. MAZZEI, ESQUIRE     December 22, 2009** <br> Signature of Attorney for Debtor(s)             (Date) <br> **JASON J. MAZZEI, ESQUIRE 83775** |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)    Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Alescio, Charles**
**Alescio, Carolyn D.**

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Charles Alescio**
Signature of Debtor **Charles Alescio**

X **/s/ Carolyn D. Alescio**
Signature of Joint Debtor **Carolyn D. Alescio**

Telephone Number (If not represented by attorney)

**December 22, 2009**
Date

#### Signature of Attorney*

X **/s/ JASON J. MAZZEI, ESQUIRE**
Signature of Attorney for Debtor(s)

**JASON J. MAZZEI, ESQUIRE 83775**
Printed Name of Attorney for Debtor(s)

**MAZZEI & ASSOCIATES**
Firm Name

**PROFESSIONAL OFFICE BUILDING**
**432 BOULEVARD OF THE ALLIES**
**PITTSBURGH, PA 15219**

Address

**Email: jmazzei@debt-be-gone.com**
**412-765-3606  Fax: 412-765-1917**
Telephone Number

**December 22, 2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X
Signature of Foreign Representative

Printed Name of Foreign Representative

Date

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

Address

X
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Western District of Pennsylvania, Pittsburgh Div

In re    **Charles Alescio**
          **Carolyn D. Alescio**                                    Case No.
                                  Debtor(s)           Chapter     **11**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
    ☐ Active military duty in a military combat zone.

    ☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Charles Alescio**
                      **Charles Alescio**
Date:   **December 22, 2009**

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Western District of Pennsylvania, Pittsburgh Div

In re    **Charles Alescio**
       **Carolyn D. Alescio**

Debtor(s)

Case No. _____

Chapter     **11**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                Page 2

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
     ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
     ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
     ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Carolyn D. Alescio**
                        **Carolyn D. Alescio**
Date:   **December 22, 2009**

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Western District of Pennsylvania, Pittsburgh Div

In re    **Charles Alescio**
**Carolyn D. Alescio**

                Debtor(s)

Case No. _____

Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

       Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Allegheny Valley Bank**<br>**5137 Butler Street**<br>**Pittsburgh, PA 15201** | **Allegheny Valley Bank**<br>**5137 Butler Street**<br>**Pittsburgh, PA 15201** | **Real Property Two Unit Building Location: 3945 Vinceton Street, Pittsburgh PA 15214 Fair Market Value Determined by 2009 Tax Assessment Allegheny** | | **63,951.57**<br><br>**(36,366.00 secured)** |
| **Aluminum and Stone**<br>**c/o Raymond Nathan**<br>**363 South Highland Avenue**<br>**Pittsburgh, PA 15206** | **Aluminum and Stone**<br>**c/o Raymond Nathan**<br>**363 South Highland Avenue**<br>**Pittsburgh, PA 15206** | **Business Debt** | | **36,270.00** |
| **Bank of America**<br>**P.O. Box 1598**<br>**Norfolk, VA 23501** | **Bank of America**<br>**P.O. Box 1598**<br>**Norfolk, VA 23501** | **Line of Credit used to pay off other debts** | | **16,593.06** |
| **Bank of America**<br>**P.O. Box 1598**<br>**Norfolk, VA 23501** | **Bank of America**<br>**P.O. Box 1598**<br>**Norfolk, VA 23501** | **Credit Card Purchases for Business equipment, supplies & necessary items** | | **13,202.82** |
| **Barclays Bank Delaware**<br>**125 South West Street**<br>**Wilmington, DE 19801** | **Barclays Bank Delaware**<br>**125 South West Street**<br>**Wilmington, DE 19801** | **Credit Card Purchases for gasoline, groceries and necessary personal items** | | **12,814.00** |
| **Barclays Bank Delaware**<br>**125 South West Street**<br>**Wilmington, DE 19801** | **Barclays Bank Delaware**<br>**125 South West Street**<br>**Wilmington, DE 19801** | **Credit Card Purchases for household items and supplies** | | **18,477.00** |

B4 (Official Form 4) (12/07) - Cont.

In re    **Charles Alescio
Carolyn D. Alescio**                                       Case No.                            

                                  Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Citi**<br>**Po Box 6241**<br>**Sioux Falls, SD 57117** | **Citi**<br>**Po Box 6241**<br>**Sioux Falls, SD 57117** | **Credit Card Purchases for clothing, household items, gasoline, groceries** | | **28,450.00** |
| **Commonwealth of Pennsylvania Department of Revenue Dept. 280431 Harrisburg, PA 17128-0431** | **Commonwealth of Pennsylvania Department of Revenue Dept. 280431 Harrisburg, PA 17128-0431** | **State Income Taxes** | | **19,730.00** |
| **Discover Financial Services LLC**<br>**Po Box 15316**<br>**Wilmington, DE 19850** | **Discover Financial Services LLC**<br>**Po Box 15316**<br>**Wilmington, DE 19850** | **Credit Card Purchases for household goods, groceries and auto repair** | | **13,043.00** |
| **First Commonwealth Bank**<br>**1163 South Main Street**<br>**Mansfield, PA 16933** | **First Commonwealth Bank**<br>**1163 South Main Street**<br>**Mansfield, PA 16933** | **Real Property Eight Unit Building Location: 746 Franklin Avenue, Wilkinsburg PA 15221 Fair Market Value Determined by 2009 Tax Assessment** | | **123,426.18**<br><br>**(85,728.00 secured)** |
| **First Equity Card**<br>**P.O. Box 740933**<br>**Dallas, TX 75374** | **First Equity Card**<br>**P.O. Box 740933**<br>**Dallas, TX 75374** | **Credit Card Purchases for Business equipment, supplies & necessary items** | | **23,393.49** |
| **IDEARC Media**<br>**PO Box 619810**<br>**Dallas, TX 75261** | **IDEARC Media**<br>**PO Box 619810**<br>**Dallas, TX 75261** | **Business Debt** | | **56,885.92** |
| **Internal Revenue Service**<br>**P.O. Box 21125**<br>**Philadelphia, PA 19114** | **Internal Revenue Service**<br>**P.O. Box 21125**<br>**Philadelphia, PA 19114** | **Federal Income Taxes** | | **59,370.00** |
| **Meyers Plumbing & Heating**<br>**2127 Fifth Avenue**<br>**Pittsburgh, PA 15219** | **Meyers Plumbing & Heating**<br>**2127 Fifth Avenue**<br>**Pittsburgh, PA 15219** | **Business Debt** | | **13,352.30** |

B4 (Official Form 4) (12/07) - Cont.

In re    **Charles Alescio**
**Carolyn D. Alescio**
                        Debtor(s)

Case No. _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **National City Bank Commercial Services PO Box 1030 Oshtemo, MI 49077-1030** | **National City Bank Commercial Services PO Box 1030 Oshtemo, MI 49077-1030** | **Real Property Twelve Unit Building Location: 7040 Idlewild Street and Forest Way, Pittsburgh PA 15208 Fair Market Value Determined by Comparable Sa** | | **170,000.00**<br><br>**(150,000.00 secured)** |
| **National City Card Service 1 National City Parkway Kalamazoo, MI 49009** | **National City Card Service 1 National City Parkway Kalamazoo, MI 49009** | **Credit Card Purchases for Business equipment, supplies & necessary items** | | **7,394.00** |
| **Pennsylvania Association of Credit Manag 3737 Library Road Pittsburgh, PA 15234-2232** | **Pennsylvania Association of Credit Manag 3737 Library Road Pittsburgh, PA 15234-2232** | **Collection for W.G. Balph Company** | | **7,588.56** |
| **Peters Township 102 Rahway Road Canonsburg, PA 15317** | **Peters Township 102 Rahway Road Canonsburg, PA 15317** | **Real Estate Taxes-Township and School District** | | **8,890.51** |
| **The Huntington National Bank P.O. Box 5065 Pittsburgh, PA 15235-2730** | **The Huntington National Bank P.O. Box 5065 Pittsburgh, PA 15235-2730** | **Real Property One Unit Building Location: 500 Mellon Street, Pittsburgh PA 15206 Fair Market Value Determined by 2009 Tax Assessment Sky Bank hold** | | **46,146.83**<br><br>**(37,392.00 secured)** |
| **Washington Mutual Bank Po Box 1093 Northridge, CA 91328** | **Washington Mutual Bank Po Box 1093 Northridge, CA 91328** | **Real Property Two Unit Building Location: 121 Shetland Avenue, Pittsburgh PA 15206 Fair Market Value Determined by Comparable Sales** | | **30,707.00**<br><br>**(20,000.00 secured)** |

**B4 (Official Form 4) (12/07) - Cont.**

In re    **Charles Alescio**
     **Carolyn D. Alescio**         Case No. _____

            Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

# DECLARATION UNDER PENALTY OF PERJURY
# ON BEHALF OF A CORPORATION OR PARTNERSHIP

We, **Charles Alescio** and **Carolyn D. Alescio**, the debtors in this case, declare under penalty of perjury that we have read the foregoing list and that it is true and correct to the best of our information and belief.

Date   **December 22, 2009**      Signature   **/s/ Charles Alescio**
                                           **Charles Alescio**
                                           Debtor

Date   **December 22, 2009**      Signature   **/s/ Carolyn D. Alescio**
                                           **Carolyn D. Alescio**
                                           Joint Debtor

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Western District of Pennsylvania, Pittsburgh Div

In re    **Charles Alescio,**
         **Carolyn D. Alescio**

Case No. _____

_____,

Debtors

Chapter _____ **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 3 | 1,262,454.00 | | |
| B - Personal Property | Yes | 6 | 218,423.66 | | |
| C - Property Claimed as Exempt | Yes | 4 | | | |
| D - Creditors Holding Secured Claims | Yes | 5 | | 1,639,623.04 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 3 | | 89,746.51 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 24 | | 307,094.28 | |
| G - Executory Contracts and Unexpired Leases | Yes | 3 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 55,638.06 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 53,308.76 |
| Total Number of Sheets of ALL Schedules | | 51 | | | |
| Total Assets | | | 1,480,877.66 | | |
| Total Liabilities | | | | 2,036,463.83 | |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Western District of Pennsylvania, Pittsburgh Div

In re     **Charles Alescio,**
    **Carolyn D. Alescio**

Case No. _____

                                 Debtors

Chapter _____ **11**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 89,746.51 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 89,746.51 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 55,638.06 |
| Average Expenses (from Schedule J, Line 18) | 53,308.76 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 6,703.34 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 341,083.28 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 89,746.51 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 307,094.28 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 648,177.56 |

B6A (Official Form 6A) (12/07)

.

In re    **Charles Alescio,**
     **Carolyn D. Alescio**
_____,
                Debtors

Case No. _____

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Real Property**<br>**Three Unit Building**<br>**Location: 213 - 215 North Fairmont, Pittsburgh PA 15206**<br>**Fair Market Value Determined by Comparable Sales** | **Fee simple** | **J** | **25,000.00** | **28,813.70** |
| **Real Property**<br>**Two Unit Building**<br>**Location: 121 Shetland Avenue, Pittsburgh PA 15206**<br>**Fair Market Value Determined by Comparable Sales** | **Fee simple** | **J** | **20,000.00** | **30,707.00** |
| **Real Property**<br>**Twelve Unit Building**<br>**Location: 7040 Idlewild Street and Forest Way, Pittsburgh PA 15208**<br>**Fair Market Value Determined by Comparable Sales** | **Fee simple** | **J** | **150,000.00** | **170,000.00** |
| **Real Property**<br>**Two Unit Building**<br>**Location: 539 Francis Street, Pittsburgh PA 15219**<br>**Fair Market Value Determined by Comparable Sales** | **Fee simple** | **J** | **22,000.00** | **15,992.00** |
| **Real Property**<br>**One Unit Building**<br>**Location: 8072 Aber Road, Pittsburgh PA 15235**<br>**Fair Market Value Determined by 2009 Tax Assessment** | **Fee simple** | **W** | **60,534.00** | **58,456.00** |
| **Real Property**<br>**One Unit Building**<br>**Location: 1319 Hays Street, Homstead PA 15120**<br>**Fair Market Value Determined by Comparable Sales** | **Fee simple** | **J** | **17,500.00** | **11,198.00** |
| **Real Property**<br>**Two Unit Building**<br>**Location: 349, 353 Welsh Avenue, Wilmerding PA 15148**<br>**Fair Market Value Determined by Comparable Sales** | **Fee simple** | **J** | **36,000.00** | **34,509.00** |
| | | Sub-Total > | **331,034.00** | (Total of this page) |

  **2**   continuation sheets attached to the Schedule of Real Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6A (Official Form 6A) (12/07) - Cont.

In re    **Charles Alescio,**                                                    Case No. _____
         **Carolyn D. Alescio**
_____,
                        Debtors

# SCHEDULE A - REAL PROPERTY
(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Real Property**<br>**Eight Unit Building**<br>**Location: 746 Franklin Avenue, Wilkinsburg PA 15221**<br>**Fair Market Value Determined by 2009 Tax Assessment** | **Fee simple** | **H** | **85,728.00** | **123,426.18** |
| **Real Property**<br>**Two Unit Building**<br>**Location: 3945 Vinceton Street, Pittsburgh PA 15214**<br>**Fair Market Value Determined by 2009 Tax Assessment**<br>**Allegheny Valley Bank of Pittsburgh holds a blanket loan for properties located at 3945 Vinceton Street and 754 Franklin Avenue** | **Fee simple** | **J** | **36,366.00** | **63,951.57** |
| **Real Property**<br>**One Unit Building**<br>**Location: 500 Mellon Street, Pittsburgh PA 15206**<br>**Fair Market Value Determined by 2009 Tax Assessment**<br>**Sky Bank holds a blanket loan for properties located at 500 Mellon Street and 23 Holland Avenue**<br>**The Huntington Nation Bank holds a blanket loan for properties located at 500 Mellon Street and 23 Holland Avenue** | **Fee simple** | **H** | **37,392.00** | **46,146.83** |
| **Real Property**<br>**One Unit Building**<br>**Location: 23 Holland Avenue, Braddock PA 15104**<br>**Fair Market Value Determined by 2009 Tax Assessment**<br>**Sky Bank holds a blanket loan for properties located at 500 Mellon Street and 23 Holland Avenue**<br>**The Huntington Nation Bank holds a blanket loan for properties located at 500 Mellon Street and 23 Holland Avenue** | **Fee simple** | **H** | **19,950.00** | **14,979.76** |
| **Real Property**<br>**One Unit Building**<br>**Location: 503 Pitt Street, Pittsburgh PA 15221**<br>**Fair Market Value Determined by 2009 Tax Assessment** | **Fee simple** | **H** | **34,200.00** | **35,313.00** |
| | | Sub-Total > | **213,636.00** | (Total of this page) |

Sheet  __1__  of  __2__  continuation sheets attached to the Schedule of Real Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6A (Official Form 6A) (12/07) - Cont.

In re    **Charles Alescio,**                                      Case No. _____
       **Carolyn D. Alescio**
_____,
                               Debtors

# SCHEDULE A - REAL PROPERTY
(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Real Property**<br>**One Unit Building**<br>**Location: 754 Franklin Avenue, Wilkinsburg PA 15221**<br>**Fair Market Value Determined by 2009 Tax Assessment**<br>**Allegheny Valley Bank of Pittsburgh holds a blanket loan for properties located at 3945 Vinceton Street and 754 Franklin Avenue** | **Fee simple** | **H** | **17,784.00** | **0.00** |
| **Time Share Property**<br>**Hilton Resorts Corporation**<br>**Fair Market Value Determined by Comparable Sales** | **Fee simple** | **J** | **20,000.00** | **20,000.00** |
| **Residence**<br>**Location: 326 Snowberry Circle, Venetia PA**<br>**Fair Market Value Determined by Comparable Sales** | **Fee simple** | **J** | **571,000.00** | **794,840.00** |
| **Real Property**<br>**Location: 11537 Basin Avenue, Conneaut Lake PA 16316**<br>**Fair Market Value Determined by Comparable Sales** | **Fee simple** | **J** | **109,000.00** | **109,748.00** |

|  |  |  |
|---|---|---|
| Sub-Total > | **717,784.00** | (Total of this page) |
| Total > | **1,262,454.00** | |

(Report also on Summary of Schedules)

Sheet __2__ of __2__ continuation sheets attached to the Schedule of Real Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                        Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

.

In re   **Charles Alescio,**
      **Carolyn D. Alescio**                                                    Case No. _____

_____,
                      Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | **Cash on Hand**<br>**Location: 326 Snowberry Circle, Venetia PA** | **J** | 10.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Personal Checking Account**<br>**Citizens Bank**<br>**Account Number 5835**<br>**Pittsburgh Branch** | **H** | 5,884.14 |
| | | **Personal Checking Account**<br>**Citizens Bank**<br>**Account Number 5886**<br>**Pittsburgh Branch** | **H** | 779.18 |
| | | **Business Checking Account**<br>**Citizens Bank**<br>**Account Number 3139**<br>**Pittsburgh Branch** | **H** | 2,398.42 |
| | | **Business Checking Account**<br>**Citizens Bank**<br>**Account Number 3104**<br>**Pittsburgh Branch** | **W** | 19,985.05 |
| | | **Business Checking Account**<br>**Citizens Bank**<br>**Account Number 3090**<br>**Pittsburgh Branch** | **H** | 418.12 |
| | | **Business Checking Account**<br>**Citizens Bank**<br>**Account Number 3120**<br>**Pittsburgh Branch** | **H** | 104.88 |
| | | **Business Checking Account**<br>**Citizens Bank**<br>**Account Number 3112**<br>**Pittsburgh Branch** | **H** | 171.60 |

Sub-Total >      **29,751.39**
(Total of this page)

  **5**   continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6B (Official Form 6B) (12/07) - Cont.

In re    **Charles Alescio,**
      **Carolyn D. Alescio**                             ,     Case No. _____

Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Personal Checking Account** <br> **Citizens Bank** <br> **Account Number 5886** <br> **Pittsburgh Branch** | **H** | **779.18** |
| | | **Personal Savings Account** <br> **Citizens Bank** <br> **Account Number 7549** <br> **Pittsburgh Branch** | **H** | **25.00** |
| | | **Business Checking Account** <br> **Citizens Bank** <br> **Account Number 3082** <br> **Pittsburgh Branch** | **W** | **392.02** |
| | | **Personal Checking Account** <br> **Citizens Bank** <br> **Account Number 5851** <br> **Pittsburgh Branch** | **W** | **618.57** |
| | | **Personal Savings Account** <br> **Citizens Bank** <br> **Account Number 7506** <br> **Pittsburgh Branch** | **W** | **25.00** |
| 3.   Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.   Household goods and furnishings, including audio, video, and computer equipment. | | **Various Household Goods and Furishings** <br> **Summary Available Upon Request** <br> **Location: 326 Snowberry Circle, Venetia PA** | **J** | **21,680.00** |
| 5.   Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.   Wearing apparel. | | **Clothing** <br> **Location: 326 Snowberry Circle, Venetia PA** | **J** | **900.00** |
| 7.   Furs and jewelry. | | **Jewelry** <br> **Location: 326 Snowberry Circle, Venetia PA** | **J** | **2,000.00** |
| 8.   Firearms and sports, photographic, and other hobby equipment. | X | | | |

Sub-Total >      **26,419.77**
(Total of this page)

Sheet __1__ of __5__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Charles Alescio,**
**Carolyn D. Alescio**                                                           Case No. _____

_____,
Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **First Penn Pacific Term Life Insurance Policy** | H | 0.00 |
| | | **Erie Family Term Life Insurance Policy** | W | 0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **U.S. Lumber Company**<br>**Location: 117 Edgeworth Avenue, Pittsburgh PA 15218** | H | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Chuck Alescio Contracting and Plumbing**<br>**Location: 2119 Whitaker Way, Munhall PA 15120** | H | 10,874.50 |
| | | **US Lumber Company**<br>**Location: 117 Edgeworth Avenue, Pittsburgh PA 15218** | H | 625.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

Sub-Total >        11,499.50
(Total of this page)

Sheet __2__ of __5__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re     **Charles Alescio,**
     **Carolyn D. Alescio**
                                      ,
                    Debtors

Case No. _____

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2007 Ford Five Hundred Automobile** Location: 326 Snowberry Circle, Venetia PA | H | 14,500.00 |
| | | **2008 Mercedes E-Class Autmobile** Location: 326 Snowberry Circle, Venetia PA | H | 18,507.00 |
| | | **1975 Corvette Automobile** Location: 326 Snowberry Circle, Venetia PA | H | 10,000.00 |
| | | **2007 Pontiac G5 Automobile** Location: 326 Snowberry Circle, Venetia PA | W | 10,575.00 |
| | | **2000 Ford Van Automobile** Location: 326 Snowberry Circle, Venetia PA | J | 5,300.00 |

Sub-Total >     58,882.00
(Total of this page)

Sheet  **3**  of  **5**  continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Charles Alescio,**                                    Case No. _____
         **Carolyn D. Alescio**

_____,
                        Debtors
## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **1995 Suzuki Quad**<br>**Location: 326 Snowberry Circle, Venetia PA** | J | 500.00 |
| | | **1995 Suzuki Quad**<br>**Location: 326 Snowberry Circle, Venetia PA** | J | 500.00 |
| 26. Boats, motors, and accessories. | | **1997 19' Mastercraft Ski Boat**<br>**Location: 326 Snowberry Circle, Venetia PA** | J | 9,730.00 |
| | | **2000 Sea Doo Jet Ski**<br>**Location: 326 Snowberry Circle, Venetia PA** | J | 1,940.00 |
| | | **1994 Sea Doo Jet Ski**<br>**Location: 326 Snowberry Circle, Venetia PA** | J | 660.00 |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Sewing Machine**<br>**Location: 326 Snowberry Circle, Venetia PA** | W | 200.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **2001 Earth Force Backhoe Loader**<br>**Location: 2119 Whitaker Way, Munhall PA 15120** | J | 19,000.00 |
| | | **Tandem Trailer for Backhoe**<br>**Location: 2119 Whitaker Way, Munhall PA 15120** | J | 4,000.00 |
| | | **Air Compressor**<br>**Location: 2119 Whitaker Way, Munhall PA 15120** | J | 6,420.00 |
| | | **Jack Hammer**<br>**Location: 2119 Whitaker Way, Munhall PA 15120** | J | 521.00 |
| | | **2008 Kubota Tractor**<br>**Location: 2119 Whitaker Way, Munhall PA 15120** | H | 30,000.00 |
| | | **2000 Three Ton Dump Truck**<br>**Location: 2119 Whitaker Way, Munhall PA 15120** | J | 2,000.00 |
| | | **1994 One Ton Ford Dump Truck**<br>**Location: 2119 Whitaker Way, Munhall PA 15120** | J | 3,000.00 |
| | | **Various Tools**<br>**Location: 326 Snowberry Circle, Venetia PA** | J | 400.00 |
| 30. Inventory. | | **Roosters and Lace**<br>**Location: 503 Washington Avenue, Bridgeville PA 15017** | W | 11,500.00 |

Sub-Total >          90,371.00
(Total of this page)

Sheet __4__ of __5__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re  **Charles Alescio,**                                                                  Case No. _____
       **Carolyn D. Alescio**

                                                                    ,
                                              Debtors
# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Various Inventory** **Chuck Alescio Contracting and Plumbing** **Location: 2119 Whitaker Way, Munhall PA 15120** | **H** | **1,500.00** |
| 31. Animals. | | **One Dog** **Location: 326 Snowberry Circle, Venetia PA** | **J** | **0.00** |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | |
|---|---|
| Sub-Total > (Total of this page) | **1,500.00** |
| Total > | **218,423.66** |

Sheet __5__ of __5__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                          Best Case Bankruptcy

B6C (Official Form 6C) (12/07)

.

In re    **Charles Alescio,**                                      Case No. _____
         **Carolyn D. Alescio**

_____,
                        Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                             $136,875.
■ 11 U.S.C. §522(b)(2)
☐ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **Real Property** **Twelve Unit Building** **Location: 7040 Idlewild Street and Forest Way,** **Pittsburgh PA 15208** **Fair Market Value Determined by Comparable** **Sales** | 11 U.S.C. § 522(d)(5) | 0.00 | 150,000.00 |
| **Real Property** **One Unit Building** **Location: 1319 Hays Street, Homstead PA 15120** **Fair Market Value Determined by Comparable** **Sales** | 11 U.S.C. § 522(d)(5) | 0.00 | 17,500.00 |
| **Time Share Property** **Hilton Resorts Corporation** **Fair Market Value Determined by Comparable** **Sales** | 11 U.S.C. § 522(d)(5) | 0.00 | 20,000.00 |
| **Residence** **Location: 326 Snowberry Circle, Venetia PA** **Fair Market Value Determined by Comparable** **Sales** | 11 U.S.C. § 522(d)(1) | 0.00 | 571,000.00 |
| **Real Property** **Location: 11537 Basin Avenue, Conneaut Lake** **PA 16316** **Fair Market Value Determined by Comparable** **Sales** | 11 U.S.C. § 522(d)(5) | 0.00 | 109,000.00 |
| **Cash on Hand** | | | |
| **Cash on Hand** **Location: 326 Snowberry Circle, Venetia PA** | 11 U.S.C. § 522(d)(5) | 0.00 | 10.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Personal Checking Account** **Citizens Bank** **Account Number 5835** **Pittsburgh Branch** | 11 U.S.C. § 522(d)(5) | 0.00 | 5,884.14 |
| **Personal Checking Account** **Citizens Bank** **Account Number 5886** **Pittsburgh Branch** | 11 U.S.C. § 522(d)(5) | 0.00 | 779.18 |
| **Business Checking Account** **Citizens Bank** **Account Number 3139** **Pittsburgh Branch** | 11 U.S.C. § 522(d)(5) | 0.00 | 2,398.42 |

___3___  continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

B6C (Official Form 6C) (12/07) -- Cont.

In re   **Charles Alescio,**                                    Case No. _____
        **Carolyn D. Alescio**

_____ ,
                              Debtors

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| **Business Checking Account**<br>**Citizens Bank**<br>**Account Number 3104**<br>**Pittsburgh Branch** | **11 U.S.C. § 522(d)(5)** | **0.00** | **19,985.05** |
| **Business Checking Account**<br>**Citizens Bank**<br>**Account Number 3090**<br>**Pittsburgh Branch** | **11 U.S.C. § 522(d)(5)** | **0.00** | **418.12** |
| **Business Checking Account**<br>**Citizens Bank**<br>**Account Number 3120**<br>**Pittsburgh Branch** | **11 U.S.C. § 522(d)(5)** | **0.00** | **104.88** |
| **Business Checking Account**<br>**Citizens Bank**<br>**Account Number 3112**<br>**Pittsburgh Branch** | **11 U.S.C. § 522(d)(5)** | **0.00** | **171.60** |
| **Personal Checking Account**<br>**Citizens Bank**<br>**Account Number 5886**<br>**Pittsburgh Branch** | **11 U.S.C. § 522(d)(5)** | **0.00** | **779.18** |
| **Personal Savings Account**<br>**Citizens Bank**<br>**Account Number 7549**<br>**Pittsburgh Branch** | **11 U.S.C. § 522(d)(5)** | **0.00** | **25.00** |
| **Business Checking Account**<br>**Citizens Bank**<br>**Account Number 3082**<br>**Pittsburgh Branch** | **11 U.S.C. § 522(d)(5)** | **0.00** | **392.02** |
| **Personal Checking Account**<br>**Citizens Bank**<br>**Account Number 5851**<br>**Pittsburgh Branch** | **11 U.S.C. § 522(d)(5)** | **0.00** | **618.57** |
| **Personal Savings Account**<br>**Citizens Bank**<br>**Account Number 7506**<br>**Pittsburgh Branch** | **11 U.S.C. § 522(d)(5)** | **0.00** | **25.00** |
| **Household Goods and Furnishings**<br>**Various Household Goods and Furishings**<br>**Summary Available Upon Request**<br>**Location: 326 Snowberry Circle, Venetia PA** | **11 U.S.C. § 522(d)(3)**<br>**11 U.S.C. § 522(d)(5)** | **20,650.00**<br>**1,030.00** | **21,680.00** |
| **Wearing Apparel**<br>**Clothing**<br>**Location: 326 Snowberry Circle, Venetia PA** | **11 U.S.C. § 522(d)(3)** | **900.00** | **900.00** |

Sheet ___1___ of ___3___ continuation sheets attached to the Schedule of Property Claimed as Exempt

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6C (Official Form 6C) (12/07) -- Cont.

In re    **Charles Alescio,**
         **Carolyn D. Alescio**                                          Case No. _____

                                            _____,
                                                        Debtors

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Furs and Jewelry** | | | |
| **Jewelry** Location: 326 Snowberry Circle, Venetia PA | 11 U.S.C. § 522(d)(4) | 2,000.00 | 2,000.00 |
| **Interests in Insurance Policies** | | | |
| **First Penn Pacific Term Life Insurance Policy** | 11 U.S.C. § 522(d)(7) | 0.00 | 0.00 |
| **Erie Family Term Life Insurance Policy** | 11 U.S.C. § 522(d)(7) | 0.00 | 0.00 |
| **Stock and Interests in Businesses** | | | |
| **U.S. Lumber Company** Location: 117 Edgeworth Avenue, Pittsburgh PA 15218 | 11 U.S.C. § 522(d)(5) | 0.00 | 0.00 |
| **Accounts Receivable** | | | |
| **Chuck Alescio Contracting and Plumbing** Location: 2119 Whitaker Way, Munhall PA 15120 | 11 U.S.C. § 522(d)(5) | 2,069.00 | 10,874.50 |
| **US Lumber Company** Location: 117 Edgeworth Avenue, Pittsburgh PA 15218 | 11 U.S.C. § 522(d)(5) | 0.00 | 625.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2008 Mercedes E-Class Autmobile** Location: 326 Snowberry Circle, Venetia PA | 11 U.S.C. § 522(d)(5) | 0.00 | 18,507.00 |
| **1975 Corvette Automobile** Location: 326 Snowberry Circle, Venetia PA | 11 U.S.C. § 522(d)(2) 11 U.S.C. § 522(d)(5) | 3,225.00 6,775.00 | 10,000.00 |
| **2007 Pontiac G5 Automobile** Location: 326 Snowberry Circle, Venetia PA | 11 U.S.C. § 522(d)(5) | 0.00 | 10,575.00 |
| **2000 Ford Van Automobile** Location: 326 Snowberry Circle, Venetia PA | 11 U.S.C. § 522(d)(5) | 0.00 | 5,300.00 |
| **1995 Suzuki Quad** Location: 326 Snowberry Circle, Venetia PA | 11 U.S.C. § 522(d)(5) | 0.00 | 500.00 |
| **1995 Suzuki Quad** Location: 326 Snowberry Circle, Venetia PA | 11 U.S.C. § 522(d)(5) | 0.00 | 500.00 |
| **Boats, Motors and Accessories** | | | |
| **1997 19' Mastercraft Ski Boat** Location: 326 Snowberry Circle, Venetia PA | 11 U.S.C. § 522(d)(5) | 0.00 | 9,730.00 |
| **2000 Sea Doo Jet Ski** Location: 326 Snowberry Circle, Venetia PA | 11 U.S.C. § 522(d)(5) | 0.00 | 1,940.00 |
| **1994 Sea Doo Jet Ski** Location: 326 Snowberry Circle, Venetia PA | 11 U.S.C. § 522(d)(5) | 0.00 | 660.00 |
| **Office Equipment, Furnishings and Supplies** | | | |
| **Sewing Machine** Location: 326 Snowberry Circle, Venetia PA | 11 U.S.C. § 522(d)(5) | 200.00 | 200.00 |

Sheet _**2**_ of _**3**_ continuation sheets attached to the Schedule of Property Claimed as Exempt

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6C (Official Form 6C) (12/07) -- Cont.

In re     **Charles Alescio,**                         Case No. _____
            **Carolyn D. Alescio**

                               Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
### (Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| **Machinery, Fixtures, Equipment and Supplies Used in Business** | | | |
| **2001 Earth Force Backhoe Loader** <br> **Location: 2119 Whitaker Way, Munhall PA 15120** | **11 U.S.C. § 522(d)(5)** | **0.00** | **19,000.00** |
| **Tandem Trailer for Backhoe** <br> **Location: 2119 Whitaker Way, Munhall PA 15120** | **11 U.S.C. § 522(d)(5)** | **0.00** | **4,000.00** |
| **Air Compressor** <br> **Location: 2119 Whitaker Way, Munhall PA 15120** | **11 U.S.C. § 522(d)(6)** <br> **11 U.S.C. § 522(d)(5)** | **4,050.00** <br> **2,370.00** | **6,420.00** |
| **Jack Hammer** <br> **Location: 2119 Whitaker Way, Munhall PA 15120** | **11 U.S.C. § 522(d)(5)** | **521.00** | **521.00** |
| **2008 Kubota Tractor** <br> **Location: 2119 Whitaker Way, Munhall PA 15120** | **11 U.S.C. § 522(d)(5)** | **0.00** | **30,000.00** |
| **2000 Three Ton Dump Truck** <br> **Location: 2119 Whitaker Way, Munhall PA 15120** | **11 U.S.C. § 522(d)(5)** | **2,000.00** | **2,000.00** |
| **1994 One Ton Ford Dump Truck** <br> **Location: 2119 Whitaker Way, Munhall PA 15120** | **11 U.S.C. § 522(d)(5)** | **3,000.00** | **3,000.00** |
| **Various Tools** <br> **Location: 326 Snowberry Circle, Venetia PA** | **11 U.S.C. § 522(d)(5)** | **400.00** | **400.00** |
| **Inventory** <br> **Roosters and Lace** <br> **Location: 503 Washington Avenue, Bridgeville PA 15017** | **11 U.S.C. § 522(d)(5)** | **2,535.00** | **11,500.00** |
| **Various Inventory** <br> **Chuck Alescio Contracting and Plumbing** <br> **Location: 2119 Whitaker Way, Munhall PA 15120** | **11 U.S.C. § 522(d)(5)** | **1,500.00** | **1,500.00** |
| **Animals** <br> **One Dog** <br> **Location: 326 Snowberry Circle, Venetia PA** | **11 U.S.C. § 522(d)(5)** | **0.00** | **0.00** |
| | Total: | **53,225.00** | **1,071,423.66** |

Sheet  **3**  of  **3**  continuation sheets attached to the Schedule of Property Claimed as Exempt

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                               Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re    **Charles Alescio,**
      **Carolyn D. Alescio,**

Case No. _____

                                              Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

    State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

    List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

    If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

    Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | | |
| Account No. **xxxxx9003**<br><br>**Allegheny Valley Bank**<br>**5137 Butler Street**<br>**Pittsburgh, PA 15201** | | | J | | 05/2006<br>Mortgage<br>Real Property<br>Two Unit Building<br>Location: 3945 Vinceton Street,<br>Pittsburgh PA 15214<br>Fair Market Value Determined by 2009<br>Tax Assessment | | | | | |
| | | | | | Value $    **36,366.00** | | | | 63,951.57 | 27,585.57 |
| Account No. **xxxxx4493**<br><br>**BAC Home Loans Servicing**<br>**450 American Street**<br>**Simi Valley, CA 93065** | | | J | | 10/31/06<br>First Mortgage<br>Residence<br>Location: 326 Snowberry Circle, Venetia<br>PA<br>Fair Market Value Determined by<br>Comparable Sales | | | | | |
| | | | | | Value $    **571,000.00** | | | | 630,880.00 | 223,840.00 |
| Account No. **xxxxx4485**<br><br>**BAC Home Loans Servicing**<br>**450 American Street**<br>**Simi Valley, CA 93065** | | | J | | 10/31/06<br>Second Mortgage<br>Residence<br>Location: 326 Snowberry Circle, Venetia<br>PA<br>Fair Market Value Determined by<br>Comparable Sales | | | | | |
| | | | | | Value $    **571,000.00** | | | | 163,960.00 | 0.00 |
| Account No. **xxxx3904**<br><br>**BAC Home Loans Servicing**<br>**450 American Street**<br>**Simi Valley, CA 93065** | | H | | | 10/20/03<br>Mortgage<br>Real Property<br>One Unit Building<br>Location: 503 Pitt Street, Pittsburgh PA<br>15221<br>Fair Market Value Determined by 2009<br>Tax Assessment | | | | | |
| | | | | | Value $    **34,200.00** | | | | 35,313.00 | 1,113.00 |

_____**4**_____ continuation sheets attached

                                      Subtotal                 894,104.57        252,538.57
(Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re    **Charles Alescio,**
    **Carolyn D. Alescio**
                                           ,
                            Debtors

Case No. _____

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community — H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxx9949**<br><br>**BAC Home Loans Servicing**<br>**450 American Street**<br>**Simi Valley, CA 93065** | | J | 5/02/02<br>Mortgage<br>Real Property<br>Two Unit Building<br>Location: 349, 353 Welsh Avenue, Wilmerding PA 15148<br>Fair Market Value Determined by Comparable Sales | | | | | |
| | | | Value $      **36,000.00** | | | | **34,509.00** | **0.00** |
| Account No. **xxxxxx6838**<br><br>**Central Mortgage Company**<br>**801 John Barrow Road**<br>**Suite 1**<br>**Little Rock, AR 72205** | | J | 5/02/02<br>Mortgage<br>Real Property<br>Two Unit Building<br>Location: 539 Francis Street, Pittsburgh PA 15219<br>Fair Market Value Determined by Comparable Sales | | | | | |
| | | | Value $      **22,000.00** | | | | **15,992.00** | **0.00** |
| Account No. **xxxxxx0443**<br><br>**DCFS USA LLC**<br>**36455 Corporate Drive**<br>**Farmington Hills, MI 48331** | | H | 4/14/08<br><br>Auto Lease<br><br>2008 Mercedes E-Class Autmobile<br>Location: 326 Snowberry Circle, Venetia PA | | | | | |
| | | | Value $      **18,507.00** | | | | **18,507.00** | **0.00** |
| Account No. **xxxx-6175,xxx-xxxxxx7405,x9009**<br><br>**First Commonwealth Bank**<br>**1163 South Main Street**<br>**Mansfield, PA 16933** | | H | 08/29/2005<br>Mortgage<br>Real Property<br>Eight Unit Building<br>Location: 746 Franklin Avenue, Wilkinsburg PA 15221<br>Fair Market Value Determined by 2009 Tax Assessment | | | | | |
| | | | Value $      **85,728.00** | | | | **123,426.18** | **37,698.18** |
| Account No. **xxxxxxxx4000**<br><br>**First Data**<br>**4000 Coral Ridge Drive**<br>**Coral Springs, FL 33065** | | W | 11/01/08<br><br>Purchase Money Security<br><br>1997 19' Mastercraft Ski Boat<br>Location: 326 Snowberry Circle, Venetia PA | | | | | |
| | | | Value $      **9,730.00** | | | | **1,137.00** | **0.00** |

Sheet  **1**  of  **4**  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| **193,571.18** | **37,698.18** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6D (Official Form 6D) (12/07) - Cont.

In re    **Charles Alescio,**
       **Carolyn D. Alescio**                Case No. _____

_____ ,
                     Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxx0907** <br><br> **First National Bank** <br> **1 FNB Boulevard** <br> **Hermitage, PA 16148** | | W | **9/19/07** <br><br> **Auto Loan** <br><br> **2007 Pontiac G5 Automobile** <br> **Location: 326 Snowberry Circle, Venetia PA** | | | | | |
| | | | Value $            **10,575.00** | | | | **11,489.00** | **914.00** |
| Account No. **xxxxxxxx3732, xxxxx9473** <br><br> **Flagstar Bank** <br> **5151 Corporate Drive** <br> **Troy, MI 48098** | | W | **2/26/07** <br> **Mortgage** <br> **Real Property** <br> **One Unit Building** <br> **Location: 8072 Aber Road, Pittsburgh PA 15235** <br> **Fair Market Value Determined by 2009 Tax Assessment** | | | | | |
| | | | Value $            **60,534.00** | | | | **58,456.00** | **0.00** |
| Account No. **xxxx4785** <br><br> **Ford Credit** <br> **Po Box Box 542000** <br> **Omaha, NE 68154** | | H | **7/31/07** <br><br> **Auto Loan** <br><br> **2007 Ford Five Hundred Automobile** <br> **Location: 326 Snowberry Circle, Venetia PA** | | | | | |
| | | | Value $            **14,500.00** | | | | **18,170.00** | **3,670.00** |
| Account No. **ALESCIO** <br><br> **Hilton Resorts Coporation** <br> **6355 Metro West Boulevard** <br> **Suite 180** <br> **Orlando, FL 32835** | | J | **Mortgage** <br><br> **Time Share Property** <br> **Hilton Resorts Corporation** <br> **Fair Market Value Determined by Comparable Sales** | | | | | |
| | | | Value $            **20,000.00** | | | | **20,000.00** | **0.00** |
| Account No. **xxxx0758** <br><br> **Kubota Credit Corporation** <br> **1025 Northbrook Parkway** <br> **Suwanee, GA 30024** | | H | **1/20/09** <br><br> **Purchase Money Security** <br><br> **2008 Kubota Tractor** <br> **Location: 2119 Whitaker Way, Munhall PA 15120** | | | | | |
| | | | Value $            **30,000.00** | | | | **32,239.00** | **2,239.00** |

Sheet __**2**__ of __**4**__ continuation sheets attached to            Subtotal         **140,354.00**         **6,823.00**
Schedule of Creditors Holding Secured Claims            (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037            Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re  **Charles Alescio,**　　　　　　　　　　　　　　　　　　　　　　　Case No. _____
　　　　**Carolyn D. Alescio**

_____ ,

Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxx1599**<br><br>**Marquette Savings**<br>**920 Peach Street**<br>**Erie, PA 16501** | | J | **10/09/07**<br>**Mortgage**<br>**Real Property**<br>**Location: 11537 Basin Avenue, Conneaut Lake PA 16316**<br>**Fair Market Value Determined by Comparable Sales**<br>Value $　　　　　　**109,000.00** | | | | 109,748.00 | 748.00 |
| Account No. **xx-xxxx354-0**<br><br>**National City Bank**<br>**Commercial Services**<br>**PO Box 1030**<br>**Oshtemo, MI 49077-1030** | | J | **2009**<br>**Mortgage**<br>**Real Property**<br>**Twelve Unit Building**<br>**Location: 7040 Idlewild Street and Forest Way, Pittsburgh PA 15208**<br>**Fair Market Value Determined by Comparable Sales**<br>Value $　　　　　　**150,000.00** | | | | 170,000.00 | 20,000.00 |
| Account No. **xxxxxx1279**<br><br>**The Huntington National Bank**<br>**P.O. Box 5065**<br>**Pittsburgh, PA 15235-2730** | | H | **2009**<br>**Mortgage**<br>**Real Property**<br>**One Unit Building**<br>**Location: 500 Mellon Street, Pittsburgh PA 15206**<br>**Fair Market Value Determined by 2009 Tax Assessment**<br>Value $　　　　　　**37,392.00** | | | | 46,146.83 | 8,754.83 |
| Account No. **xxxxxx1279, xxxxx2627**<br><br>**The Huntington National Bank**<br>**PO Box 2059**<br>**Columbus, OH 43216** | | H | **08/29/05**<br>**Mortgage**<br>**Real Property**<br>**One Unit Building**<br>**Location: 23 Holland Avenue, Braddock PA 15104**<br>**Fair Market Value Determined by 2009 Tax Assessment**<br>Value $　　　　　　**19,950.00** | | | | 14,979.76 | 0.00 |
| Account No. **xxxxxx1279, xxxxx3261**<br><br>**The Huntington National Bank**<br>**PO Box 182232**<br>**Columbus, OH 43218-2232** | | J | **01/2004**<br>**Mortgage**<br>**Real Property**<br>**Three Unit Building**<br>**Location: 213 - 215 North Fairmont, Pittsburgh PA 15206**<br>**Fair Market Value Determined by Comparable Sales**<br>Value $　　　　　　**25,000.00** | | | | 28,813.70 | 3,813.70 |

Sheet __3__ of __4__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal<br>(Total of this page)

| | |
|---|---|
| 369,688.29 | 33,316.53 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037　　　　　　　　　　　　　　　　　　　　　　　　　　Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re **Charles Alescio,**
    **Carolyn D. Alescio**
_____ ,
Debtors

Case No. _____

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxx8096 <br><br> **Washington Mutual Bank** <br> **Po Box 1093** <br> **Northridge, CA 91328** | | J | 8/01/95 <br> **Mortgage** <br> **Real Property** <br> **Two Unit Building** <br> **Location: 121 Shetland Avenue,** <br> **Pittsburgh PA 15206** <br> **Fair Market Value Determined by** <br> **Comparable Sales** <br><br> Value $      **20,000.00** | | | | **30,707.00** | **10,707.00** |
| Account No. xxxxxxxx1568 <br><br> **Washington Mutual Bank** <br> **Po Box 1093** <br> **Northridge, CA 91328** | | J | 5/02/02 <br> **Mortgage** <br> **Real Property** <br> **One Unit Building** <br> **Location: 1319 Hays Street, Homstead** <br> **PA 15120** <br> **Fair Market Value Determined by** <br> **Comparable Sales** <br><br> Value $      **17,500.00** | | | | **11,198.00** | **0.00** |
| Account No. <br><br><br><br><br> Value $ | | | | | | | | |
| Account No. <br><br><br><br><br> Value $ | | | | | | | | |
| Account No. <br><br><br><br><br> Value $ | | | | | | | | |

Sheet  **4**  of  **4**  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  | Subtotal <br> (Total of this page) | **41,905.00** | **10,707.00** |
|---|---|---|---|
|  | Total <br> (Report on Summary of Schedules) | **1,639,623.04** | **341,083.28** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6E (Official Form 6E) (12/07)

.

In re    **Charles Alescio,**                                    Case No. _____
         **Carolyn D. Alescio**
                                                            ,
                         Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**2**____ continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re  **Charles Alescio,**
      **Carolyn D. Alescio**
                             **Debtors**,

Case No. _____

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxx2852**<br><br>**Central Tax Bureau of Pennsylvania**<br>**20 Emerson Lane**<br>**Suite 908**<br>**Bridgeville, PA 15017-3498** | | J | **2008**<br><br>**Mercantile Taxes** | | | | **12.00** | **0.00** | **12.00** |
| Account No. **xxxxx4830**<br><br>**City of Pittsburgh Treasurer**<br>**PO Box 642602**<br>**Pittsburgh, PA 15264-2602** | | H | **2008 - 2009**<br><br>**Business Privilege Taxes** | | | | **1,137.00** | **0.00** | **1,137.00** |
| Account No. **7405**<br><br>**Commonwealth of Pennsylvania**<br>**Department of Revenue**<br>**Dept. 280431**<br>**Harrisburg, PA 17128-0431** | | J | **2007 - 2009**<br><br>**State Income Taxes** | | | | **19,730.00** | **0.00** | **19,730.00** |
| Account No. **7405**<br><br>**Internal Revenue Service**<br>**P.O. Box 21125**<br>**Philadelphia, PA 19114** | | J | **2007 - 2009**<br><br>**Federal Income Taxes** | | | | **59,370.00** | **0.00** | **59,370.00** |
| Account No. **xxxxxxx0516**<br><br>**Peters Township**<br>**102 Rahway Road**<br>**Canonsburg, PA 15317** | | H | **2008 - 2009**<br><br>**Local Taxes** | | | | **121.00** | **0.00** | **121.00** |

Sheet **1** of **2** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | | |
|---|---|---|
| | **0.00** | |
| **80,370.00** | | **80,370.00** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re **Charles Alescio,**
**Carolyn D. Alescio**                                                Case No. _____

_____,
Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxx9636** <br><br> **Peters Township** <br> **102 Rahway Road** <br> **Canonsburg, PA 15317** | | W | **2008 - 2009** <br><br> **Local Taxes** | | | | **486.00** | **0.00** | **486.00** |
| Account No. **x-0100** <br><br> **Peters Township** <br> **102 Rahway Road** <br> **Canonsburg, PA 15317** | | J | **2009** <br><br> **Real Estate Taxes- Township and School District** | | | | **8,890.51** | **0.00** | **8,890.51** |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet __2__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | **0.00** <br> **9,376.51** | **9,376.51** |
| Total (Report on Summary of Schedules) | **0.00** <br> **89,746.51** | **89,746.51** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re    **Charles Alescio,**
      **Carolyn D. Alescio**                                                   Case No. _____

                                                 Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxx1002**<br><br>**Aegis Mortgage Corporation**<br>**3250 Briarpark Drive**<br>**Suite 40**<br>**Houston, TX 77042** | | J | 10/04/02<br>**Listed for Informational Purposes Only** | | | | 0.00 |
| Account No. **xxxxxxx0502**<br><br>**AEGIS Mortgage Corporation**<br>**3250 Briarpark Drive**<br>**Suite 40**<br>**Houston, TX 77042** | | J | 10/31/02<br>**Listed for Informational Purposes Only** | | | | 0.00 |
| Account No. **ALESCIO**<br><br>**Aluminum and Stone**<br>**c/o Raymond Nathan**<br>**363 South Highland Avenue**<br>**Pittsburgh, PA 15206** | | H | 09/28/2006<br>**Business Debt** | | | | 36,270.00 |
| Account No. **xxxxxxx9170**<br><br>**America Eagle**<br>**Po Box 103024**<br>**Roswell, GA 30076** | | W | 9/28/02<br>**Listed for Informational Purposes Only** | | | | 0.00 |
| | | | | | Subtotal<br>(Total of this page) | | 36,270.00 |

__23__ continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                S/N:27220-091215    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Charles Alescio,**
     **Carolyn D. Alescio**                                                Case No. _____

_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **xxxxxxx3297**<br><br>**American Eagle**<br>**Po Box 103024**<br>**Roswell, GA 30076** | | W | | | 6/12/06<br>**Credit Card Purchases for clothing and catalog items** | | | | 368.00 |
| Account No. **-xxxxxxxxxxxx3583, x-x2007**<br><br>**American Express**<br>**Po Box 297871**<br>**Fort Lauderdale, FL 33329** | | H | | | 3/30/84<br>**Credit Card Purchases for clothing, household items, gasoline, groceries** | | | | 391.00 |
| Account No. **-xxxxxxxxxxxx9413**<br><br>**American Express**<br>**Po Box 297871**<br>**Fort Lauderdale, FL 33329** | | J | | | 3/30/84<br>**Credit Card Purchases for household goods, groceries and auto repair** | | | | 321.00 |
| Account No. **-xxxxxxxxxxxxx8433**<br><br>**American Express**<br>**Po Box 297871**<br>**Fort Lauderdale, FL 33329** | | J | | | 2/01/84<br>**Listed for Informational Purposes Only** | | | | 0.00 |
| Account No. **-xxxxxxxxxxxx1353**<br><br>**American Express**<br>**Po Box 297871**<br>**Fort Lauderdale, FL 33329** | | H | | | 12/18/84<br>**Listed for Informational Purposes Only** | | | | 0.00 |

Sheet no. __**1**___ of __**23**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          1,080.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Charles Alescio,**
       **Carolyn D. Alescio**                                   Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx8611** <br><br> **BAC Home Loans Servicing** <br> **450 American Street** <br> **Simi Valley, CA 93065** | | J | **5/02/02** <br> **Debt believed to be paid in full** | | | | **0.00** |
| Account No. **xxx9125** <br><br> **BAC Home Loans Servicing** <br> **450 American Street** <br> **Simi Valley, CA 93065** | | J | **5/02/02** <br> **Listed for Informational Purposes Only** | | | | **0.00** |
| Account No. **xxx6177** <br><br> **BAC Home Loans Servicing** <br> **450 American Street** <br> **Simi Valley, CA 93065** | | H | **5/28/99** <br> **Listed for Informational Purposes Only** | | | | **Unknown** |
| Account No. **xxxx-xxxx-xxxx-1508** <br><br> **Bank of America** <br> **P.O. Box 1598** <br> **Norfolk, VA 23501** | | W | **2009** <br> **Line of Credit used to pay off other debts** | | | | **16,593.06** |
| Account No. **xxxx-xxxx-xxxx-8349** <br><br> **Bank of America** <br> **P.O. Box 1598** <br> **Norfolk, VA 23501** | | H | **2009** <br> **Credit Card Purchases for Business equipment, supplies & necessary items** | | | | **13,202.82** |

Sheet no. __**2**__ of __**23**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **29,795.88**

B6F (Official Form 6F) (12/07) - Cont.

In re **Charles Alescio,**            Case No. _____
       **Carolyn D. Alescio**
_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxx-xxxx-xxxx-5101** <br><br> **Barclays Bank Delaware** <br> **125 South West Street** <br> **Wilmington, DE 19801** | | | J | 9/20/01 <br> **Credit Card Purchases for household items and supplies** | | | | 18,477.00 |
| Account No. **xxxx-xxxx-xxxx-6385** <br><br> **Barclays Bank Delaware** <br> **125 South West Street** <br> **Wilmington, DE 19801** | | W | | 6/17/07 <br> **Credit Card Purchases for gasoline, groceries and necessary personal items** | | | | 12,814.00 |
| Account No. **xxxxxxxx0166** <br><br> **Barclays Bank Delaware** <br> **125 South West Street** <br> **Wilmington, DE 19801** | | H | | 6/17/07 <br> **Listed for Informational Purposes Only** | | | | 0.00 |
| Account No. **xxx-H-030** <br><br> **Borough of Wilkensburg** <br> **605 Ross Avenue** <br> **Pittsburgh, PA 15221** | | H | | 2008 <br> **Real Estate Taxes owed on surrendered property** | | | | 1,519.08 |
| Account No. **xx-xxxxxx3249** <br><br> **Boscov's** <br> **Po Box 4274** <br> **Reading, PA 19606** | | W | | 9/29/06 <br> **Listed for Informational Purposes Only** | | | | 0.00 |

Sheet no. __3__ of __23__ sheets attached to Schedule of            Subtotal <br>
Creditors Holding Unsecured Nonpriority Claims            (Total of this page)        **32,810.08**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037            Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Charles Alescio,**                                                     Case No. _____
       **Carolyn D. Alescio**

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxx1673**<br><br>**BP Oil**<br>**Po Box 15298**<br>**Wilmington, DE 19850** | | W | **11/01/89**<br>**Credit Card Purchases for gasoline, auto services, auto repair** | | | | **103.00** |
| Account No. **xxxxxxxxxxx0531**<br><br>**Capital One NA**<br>**Po Box 26625**<br>**Richmond, VA 23261** | | W | **5/28/01**<br>**Listed for Informational Purposes Only** | | | | **0.00** |
| Account No. **xxxxxxx0750**<br><br>**Children's Place**<br>**Po Box 6497**<br>**Sioux Falls, SD 57117** | | W | **5/01/00**<br>**Listed for Informational Purposes Only** | | | | **0.00** |
| Account No. **xxxx-xxxx-xxxx-7417**<br><br>**Citi**<br>**Po Box 6241**<br>**Sioux Falls, SD 57117** | | J | **3/01/88**<br>**Credit Card Purchases for clothing, household items, gasoline, groceries** | | | | **28,450.00** |
| Account No. **xxxxxxx4005**<br><br>**Citi**<br>**Po Box 6003**<br>**Hagerstown, MD 21747** | | W | **9/07/99**<br>**Listed for Informational Purposes Only** | | | | **0.00** |

Sheet no. __4__ of __23__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal                                28,553.00
(Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Charles Alescio,**
    **Carolyn D. Alescio**
                                             **Debtors**

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxxxxx0106**<br><br>**Citifinancial Retail Services**<br>**Po Box 22066**<br>**Tempe, AZ 85285** | | W | | **5/11/04**<br>**Listed for Informational Purposes Only** | | | | **0.00** |
| Account No. **xxxxxxxxxxx0082**<br><br>**Citifinancial Retail Services**<br>**Po Box 22066**<br>**Tempe, AZ 85285** | | W | | **11/05/04**<br>**Listed for Informational Purposes Only** | | | | **0.00** |
| Account No. **xxxxxxxxxx95 00**<br><br>**City of Pittsburgh**<br>**414 Grant Street**<br>**Pittsburgh, PA 15219** | | J | | **2007**<br>**Real Estate Taxes owed on surrendered property** | | | | **1,903.45** |
| Account No. **xx6-H-26**<br><br>**County of Allegheny**<br>**Office of the Controller**<br>**104 Courthouse**<br>**436 Grant Street**<br>**Pittsburgh, PA 15219-2498** | | H | | **2009**<br>**Real Estate Taxes owed on surrendered property** | | | | **96.19** |
| Account No. **xxx8008**<br><br>**Credit Management**<br>**2121 Noblestown Road**<br>**Pittsburg, PA 15205** | | H | | **2/01/08**<br>**Collection for Medical Services** | | | | **212.00** |

Sheet no. __**5**__ of __**23**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal          **2,211.64**
(Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Charles Alescio,**
      **Carolyn D. Alescio**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx5926**<br><br>**DCFS USA LLC**<br>**36455 Corporate Drive**<br>**Farmington Hills, MI 48331** | | H | **9/30/04**<br>**Listed for Informational Purposes Only** | | | | **0.00** |
| Account No. **xxxxxx9802**<br><br>**DCFS USA LLC**<br>**36455 Corporate Drive**<br>**Farmington Hills, MI 48331** | | H | **10/05/02**<br>**Listed for Informational Purposes Only** | | | | **0.00** |
| Account No. **xxxx-xxxx-xxxx-1066**<br><br>**Discover Financial Services LLC**<br>**Po Box 15316**<br>**Wilmington, DE 19850** | | J | **11/03/87**<br>**Credit Card Purchases for household goods, groceries and auto repair** | | | | **13,043.00** |
| Account No. **xxxx-xxxx-xxxx-1931**<br><br>**Discover Financial Services LLC**<br>**Po Box 15316**<br>**Wilmington, DE 19850** | | W | **6/18/08**<br>**Credit Card Purchases for gasoline, groceries and necessary personal items** | | | | **6,380.00** |
| Account No. **xxxx-xxx-xx9-006**<br><br>**Duquesne Light Company**<br>**c/o Peter J. Ashcroft, Esquire**<br>**Bernstein Law Firm, P.C.**<br>**Suite 2200, Gulf Tower**<br>**Pittsburgh, PA 15219** | | W | **2009**<br>**Utility Bill** | | | | **31.35** |

Sheet no. __6__ of __23__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**19,454.35**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Charles Alescio,**
       **Carolyn D. Alescio**
_____,
                          Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxx7305** <br><br> **Equitable Gas** <br> **420 Boulevard of the Allies** <br> **Pittsburgh, PA 15217** | | H | **11/01/99** <br> **Listed for Informational Purposes Only** | | | | **0.00** |
| Account No. **xxxxx6613** <br><br> **Equitable Gas Bankruptcy Department** <br> **Attn: Judy Gawlowski** <br> **200 Allegheny Center Mall** <br> **Pittsburgh, PA 15212** | | W | **4/01/01** <br> **Listed for Informational Purposes Only** | | | | **0.00** |
| Account No. **xxxxxxxxx0015** <br><br> **Equitable Gas Bankruptcy Department** <br> **Attn: Judy Gawlowski** <br> **200 Allegheny Center Mall** <br> **Pittsburgh, PA 15212** | | H | **12/10/99** <br> **Listed for Informational Purposes Only** | | | | **Unknown** |
| Account No. **xxxxxxxxx0006** <br><br> **Equitable Gas Bankruptcy Department** <br> **Attn: Judy Gawlowski** <br> **200 Allegheny Center Mall** <br> **Pittsburgh, PA 15212** | | H | **12/08/00** <br> **Listed for Informational Purposes Only** | | | | **Unknown** |
| Account No. **xxxxxxxx1005** <br><br> **Equitable Gas Bankruptcy Department** <br> **Attn: Judy Gawlowski** <br> **200 Allegheny Center Mall** <br> **Pittsburgh, PA 15212** | | H | **12/21/99** <br> **Listed for Informational Purposes Only** | | | | **Unknown** |

Sheet no. __7___ of __23__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re  **Charles Alescio,**
    **Carolyn D. Alescio**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxx-xxxx-6409** <br><br> **FIA CSNA** <br> **Po Box 17054** <br> **Wilmington, DE 19850** | | H | **8/08/97** <br> **Credit Card Purchases for clothing, household items, gasoline, groceries** | | | | **4,214.00** |
| Account No. **3352** <br><br> **Fifth Third Bank** <br> **38 Fountain Square Plaza** <br> **Cincinnati, OH 45263** | | H | **11/07/97** <br> **Listed for Informational Purposes Only** | | | | **Unknown** |
| Account No. **xxxxxxxx9000** <br><br> **First Data** <br> **4000 Coral Ridge Drive** <br> **Coral Springs, FL 33065** | | W | **10/01/04** <br> **Listed for Informational Purposes Only** | | | | **0.00** |
| Account No. **xxxx-xxxx-xxxx-6169** <br><br> **First Equity Card** <br> **P.O. Box 740933** <br> **Dallas, TX 75374** | | W | **Credit Card Purchases for Business equipment, supplies & necessary items** | | | | **23,393.49** |
| Account No. **xxxx6887** <br><br> **Ford Credit** <br> **Po Box Box 542000** <br> **Omaha, NE 68154** | | H | **3/30/98** <br> **Listed for Informational Purposes Only** | | | | **0.00** |

Sheet no. __**8**__ of __**23**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**27,607.49**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Charles Alescio,**
    **Carolyn D. Alescio**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx6980**<br><br>**Ford Credit<br>Po Box Box 542000<br>Omaha, NE 68154** | | H | 3/30/98<br>**Listed for Informational Purposes Only** | | | | 0.00 |
| Account No. **xxxx0780**<br><br>**Ford Credit<br>Po Box Box 542000<br>Omaha, NE 68154** | | H | 3/28/01<br>**Listed for Informational Purposes Only** | | | | 0.00 |
| Account No. **xxxx8787**<br><br>**Ford Credit<br>Po Box Box 542000<br>Omaha, NE 68154** | | H | 1/30/04<br>**Listed for Informational Purposes Only** | | | | 0.00 |
| Account No. **xxxx5173**<br><br>**Ford Credit<br>Po Box Box 542000<br>Omaha, NE 68154** | | H | 2/28/06<br>**Listed for Informational Purposes Only** | | | | 0.00 |
| Account No. **xxxxxxG01G**<br><br>**Ford Credit<br>Po Box Box 542000<br>Omaha, NE 68154** | | H | 9/29/99<br>**Listed for Informational Purposes Only** | | | | **Unknown** |

Sheet no. __**9**__ of __**23**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Charles Alescio,**
**Carolyn D. Alescio**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx9832** <br><br> **Ford Motor Credit Company** <br> **12110 Emmet Drive** <br> **Omaha, NE 68164** | | J | 1/01/03 <br> **Listed for Informational Purposes Only** | | | | **Unknown** |
| Account No. **xxxxxxxx8815** <br><br> **G M A C** <br> **Po Box 535160** <br> **Pittsburgh, PA 15253** | | H | 1/13/05 <br> **Listed for Informational Purposes Only** | | | | **0.00** |
| Account No. **-xx8146** <br><br> **Gemb/Jcpenney** <br> **Po Box 984100** <br> **El Paso, TX 79998** | | J | 12/01/82 <br> **Listed for Informational Purposes Only** | | | | **0.00** |
| Account No. **xxxxxxx0265** <br><br> **Gemb/Jewelry Express** <br> **Po Box 981439** <br> **El Paso, TX 79998** | | H | 12/17/06 <br> **Listed for Informational Purposes Only** | | | | **0.00** |
| Account No. **xxxxxxx9372** <br><br> **Gemb/Old Navy** <br> **Po Box 981400** <br> **El Paso, TX 79998** | | W | 3/28/02 <br> **Listed for Informational Purposes Only** | | | | **0.00** |

Sheet no. __**10**__ of __**23**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Charles Alescio,**
    **Carolyn D. Alescio**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. xxxxxxx3872 | | | | 11/14/01 Listed for Informational Purposes Only | | | | |
| Gemb/Sam's Club Po Box 981400 El Paso, TX 79998 | | W | | | | | | |
| | | | | | | | | 0.00 |
| Account No. xxxxxxxxxxxx1608 | | | | 11/01/07 Collection for USDL Pittsburgh | | | | |
| Gulf Coast Collection 8556 Katy Freeway  Suite 121 Houston, TX 77024 | | H | | | | | | |
| | | | | | | | | 365.00 |
| Account No. xxxxxxxxxx0000 | | | | 3/01/84 Listed for Informational Purposes Only | | | | |
| Gulf Oil 8035 Quivira Road Suite 100 Lenexa, KS 66215 | | J | | | | | | |
| | | | | | | | | 0.00 |
| Account No. xxxxxxxx4744 | | | | 10/08/96 Listed for Informational Purposes Only | | | | |
| Homeq Servicing Po Box 13716 Sacramento, CA 95853 | | H | | | | | | |
| | | | | | | | | 0.00 |
| Account No. xxxxxxxx5989 | | | | 5/13/97 Listed for Informational Purposes Only | | | | |
| Homeq Servicing Po Box 13716 Sacramento, CA 95853 | | H | | | | | | |
| | | | | | | | | Unknown |

Sheet no. __11__ of __23__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

365.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Charles Alescio,**  Case No. _____
   **Carolyn D. Alescio**
_____,
                                 Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxx4425**<br><br>**Homeq Servicing**<br>**Po Box 13716**<br>**Sacramento, CA 95853** | | H | 11/18/96<br>**Listed for Informational Purposes Only** | | | | **Unknown** |
| Account No. **xxxxxxxx5299**<br><br>**Hsbc Bank**<br>**Po Box 5253**<br>**Carol Stream, IL 60197** | | H | 11/15/07<br>**Listed for Informational Purposes Only** | | | | **0.00** |
| Account No. **xxxxxx8919**<br><br>**Hsbc Bank**<br>**Po Box 5253**<br>**Carol Stream, IL 60197** | | H | 1/01/85<br>**Listed for Informational Purposes Only** | | | | **Unknown** |
| Account No. **xxx6233**<br><br>**HSBC Bank**<br>**Po Box 9068**<br>**Brandon, FL 33509** | | H | 9/22/98<br>**Listed for Informational Purposes Only** | | | | **Unknown** |
| Account No. **xxxxxxxx0128**<br><br>**HSBC/Kmart**<br>**Po Box 15524**<br>**Wilmington, DE 19850** | | W | 7/29/00<br>**Listed for Informational Purposes Only** | | | | **0.00** |

Sheet no. __**12**__ of __**23**__ sheets attached to Schedule of     Subtotal     **0.00**
Creditors Holding Unsecured Nonpriority Claims            (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re **Charles Alescio,**
    **Carolyn D. Alescio**                                              Case No. _____

_____,
                                                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx-xxxxxx2079** <br><br> **HSBC/Value City** <br> **Po Box 15524** <br> **Wilmington, DE 19850** | | W | 4/18/08 <br> **Listed for Informational Purposes Only** | | | | 0.00 |
| Account No. **xxxxxx6532** <br><br> **HSBC/Wicks Furniture** <br> **90 Christiana Road** <br> **New Castle, DE 19720** | | W | 9/01/82 <br> **Listed for Informational Purposes Only** | | | | 0.00 |
| Account No. **xxxx6750, xxxx2049** <br><br> **IDEARC Media** <br> **PO Box 619810** <br> **Dallas, TX 75261** | | J | **Business Debt** | | | | 56,885.92 |
| Account No. **xxxSCIO, xxxx8068, xxxx9169** <br><br> **Insurance Restoration Consultants, Inc.** <br> **2661 Clearview Road** <br> **Suite 5** <br> **Allison Park, PA 15101-3180** | | H | 2009 <br> **Business Debt** | | | | 1,689.14 |
| Account No. **xxxx xxxx xxxx 9975** <br><br> **Jack & Jill/Cbsd** <br> **Po Box 6497** <br> **Sioux Falls, SD 57117** | | W | 6/21/06 <br> **Credit Card Purchases for clothing and catalog items** | | | | 234.00 |

Sheet no. __**13**__ of __**23**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                  58,809.06

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Charles Alescio,**  
 **Carolyn D. Alescio**  
_____,  
Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx6345**<br><br>**Key Bank**<br>**202 Second Street**<br>**Canton, OH 44702** | | H | 10/01/97<br>**Listed for Informational Purposes Only** | | | | **Unknown** |
| Account No. **xxxxxxx1252**<br><br>**Kohls**<br>**North 56 West 17000 Ridgewood Drive**<br>**Menomonee Falls, WI 53051** | | W | 11/18/97<br>**Credit Card Purchases for clothing and catalog items** | | | | **2,309.00** |
| Account No. **xxxx3275**<br><br>**Kubota Credit Corporation**<br>**1025 Northbrook Parkway**<br>**Suwanee, GA 30024** | | H | 8/09/05<br>**Listed for Informational Purposes Only** | | | | **0.00** |
| Account No. **xxx xxxx xxx435 1**<br><br>**Lowe's**<br>**Monogram Credit Card Bank of GA**<br>**PO BOX 981064**<br>**El Paso, TX 79998-1064** | | H | 2009<br>**Business Debt** | | | | **2,750.73** |
| Account No. **xx-xxx-xxx-x31-20**<br><br>**Macys**<br>**9111 Duke Boulevard**<br>**Mason, OH 45040** | | W | 2/01/83<br>**Credit Card Purchases for household items and supplies** | | | | **1,944.00** |

Sheet no. __**14**__ of __**23**__ sheets attached to Schedule of  
Creditors Holding Unsecured Nonpriority Claims

Subtotal  
(Total of this page)  

**7,003.73**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re  **Charles Alescio,**                                    Case No. _____
       **Carolyn D. Alescio**
_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx-xxx-xxx-x36-20**<br><br>**Macys**<br>**9111 Duke Boulevard**<br>**Mason, OH 45040** | | W | **4/01/79**<br>**Credit Card Purchases for clothing and miscellaneous household items** | | | | **565.00** |
| Account No. **xxxxxxxx3630**<br><br>**Macys**<br>**9111 Duke Boulevard**<br>**Mason, OH 45040** | | W | **5/01/97**<br>**Listed for Informational Purposes Only** | | | | **0.00** |
| Account No. **xxxxxxxx3130**<br><br>**Macys**<br>**9111 Duke Boulevard**<br>**Mason, OH 45040** | | W | **2/05/97**<br>**Listed for Informational Purposes Only** | | | | **0.00** |
| Account No. **xxxxxxxx3132**<br><br>**Macys**<br>**9111 Duke Boulevard**<br>**Mason, OH 45040** | | W | **2/27/98**<br>**Listed for Informational Purposes Only** | | | | **0.00** |
| Account No. **xxxxxxx4745**<br><br>**McCarthy, Burgess & Wolff**<br>**26000 Cannon Road**<br>**Bedford, OH 44146** | | H | **2009**<br>**Collection for Idearc Media** | | | | **173.61** |

Sheet no. __**15**__ of __**23**__ sheets attached to Schedule of                          Subtotal          **738.61**
Creditors Holding Unsecured Nonpriority Claims                               (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Charles Alescio,**
    **Carolyn D. Alescio**
_____,
                 Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx0300**<br><br>**Meyers Plumbing & Heating**<br>**2127 Fifth Avenue**<br>**Pittsburgh, PA 15219** | | J | **2009**<br>**Business Debt** | | | | **13,352.30** |
| Account No. **xxxxxx2752**<br><br>**National City**<br>**1 National City Parkway**<br>**Kalamazoo, MI 49009** | | H | **9/09/97**<br>**Listed for Informational Purposes Only** | | | | **Unknown** |
| Account No. **xxxxxxxxxxx1059**<br><br>**National City Bank**<br>**4661 East Main Street**<br>**Columbus, OH 43213** | | J | **7/31/92**<br>**Debt believed to be paid in full** | | | X | **0.00** |
| Account No. **xxxxxxx9021**<br><br>**National City Bank**<br>**100 North 13th Street**<br>**Franklin, PA 16323** | | J | **2/20/87**<br>**Debt believed to be a duplicate account** | | | | **0.00** |
| Account No. **xxxxxxx9021**<br><br>**National City Card**<br>**100 North 13th Street**<br>**Franklin, PA 16323** | | J | **2/20/87**<br>**Listed for Informational Purposes Only** | | | | **0.00** |

Sheet no. __**16**__ of __**23**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal          
(Total of this page)          **13,352.30**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re **Charles Alescio,**
**Carolyn D. Alescio**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxx-xxxx-7608**<br><br>**National City Card Service**<br>**1 National City Parkway**<br>**Kalamazoo, MI 49009** | | H | **5/13/07**<br>**Credit Card Purchases for Business equipment, supplies & necessary items** | | | | **7,394.00** |
| Account No. **xxxxx9874**<br><br>**New York & Company**<br>**220 West Schrock Road**<br>**Westerville, OH 43081** | | W | **10/01/87**<br>**Listed for Informational Purposes Only** | | | | **0.00** |
| Account No. **xxxxxx2167**<br><br>**Olympus Servicing LP**<br>**9600 Great Hills Trail**<br>**Austin, TX 78759** | | J | **5/02/02**<br>**Listed for Informational Purposes Only** | | | | **0.00** |
| Account No. **xxx-E-115**<br><br>**Penn Hills School District**<br>**Tax Office**<br>**309 Collins Drive**<br>**Pittsburgh, PA 15235** | | H | **2007 - 2008**<br>**Real Estate Taxes owed on surrendered property** | | | | **15.78** |
| Account No. **x9751**<br><br>**Pennsylvania Association of Credit Manag**<br>**3737 Library Road**<br>**Pittsburgh, PA 15234-2232** | | H | **2009**<br>**Collection for W.G. Balph Company** | | | | **7,588.56** |

Sheet no. __17__ of __23__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**14,998.34**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Charles Alescio,**
      **Carolyn D. Alescio**
Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxx2809** <br><br> **PNC Bank** <br>**Po Box 37560** <br>**Louisville, KY 40233** | | J | 8/01/95 <br>**Listed for Informational Purposes Only** | | | | **Unknown** |
| Account No. **xxxxxxxxxx0364** <br><br> **PNC Bank** <br>**2730 Liberty Avenue** <br>**Pittsburgh, PA 15222** | | J | 7/30/97 <br>**Listed for Informational Purposes Only** | | | | **0.00** |
| Account No. **xxxxxxxx5093** <br><br> **Quality Mortgage USA, Inc.** <br>**16800 Aston Street** <br>**Irvine, CA 92606** | | H | 7/31/98 <br>**Listed for Informational Purposes Only** | | | | **Unknown** |
| Account No. **xxxxxxxxxxx0749** <br><br> **Sam Levin Inc.** <br>**Po Box 29168** <br>**Columbus, OH 43229** | | H | 12/08/98 <br>**Listed for Informational Purposes Only** | | | | **0.00** |
| Account No. **xxxxxxxxxxx7449** <br><br> **Sam Levin Inc.** <br>**Po Box 29168** <br>**Columbus, OH 43229** | | W | 9/12/03 <br>**Listed for Informational Purposes Only** | | | | **0.00** |

Sheet no. __18__ of __23__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)
**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Charles Alescio,**
  **Carolyn D. Alescio**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. **xxx x xx xxxxxx3185**<br><br>**Sam's Club**<br>**Po Box 981400**<br>**El Paso, TX 79998** | | W | | **11/14/01**<br>**Credit Card Purchases for gasoline, groceries and necessary personal items** | | | | **2,971.00** |
| Account No. **xxxx-xxxx-xxxx-9751**<br><br>**Sears**<br>**Po Box 6189**<br>**Sioux Falls, SD 57117** | | W | | **4/02/03**<br>**Credit Card Purchases for clothing and catalog items** | | | | **667.00** |
| Account No. **xxxxxxxxx6838**<br><br>**Select Portfolio Servicing**<br>**Po Box 65250**<br>**Salt Lake City, UT 84165** | | J | | **5/02/02**<br>**Listed for Informational Purposes Only** | | | | **0.00** |
| Account No. **xxxxx3504**<br><br>**Target**<br>**Po Box 673**<br>**Minneapolis, MN 55440** | | W | | **4/24/04**<br>**Listed for Informational Purposes Only** | | | | **0.00** |
| Account No. **xxxxxxxxxxxx6072**<br><br>**Target National Bank**<br>**Po Box 673**<br>**Minneapolis, MN 55440** | | W | | **8/25/04**<br>**Credit Card Purchases for clothing and catalog items** | | | | **7,056.00** |

Sheet no. __**19**__ of __**23**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**10,694.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re **Charles Alescio,**
       **Carolyn D. Alescio**

Case No. _____

_____,

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxx9003**<br><br>**The Gap**<br>**Po Box 981400**<br>**El Paso, TX 79998** | | W | 9/27/00<br>**Listed for Informational Purposes Only** | | | | 0.00 |
| Account No. **xxxx xxxx xxxx 8573**<br><br>**The Home Depot**<br>**Home Depot Credit Services**<br>**PO Box 689100**<br>**Des Moines, IA 50368** | | H | 2009<br>**Business Debt** | | | | 3,704.54 |
| Account No. **xxxxxxxxxxxx6096**<br><br>**The Limited**<br>**Po Box 330066**<br>**Northglenn, CO 80233** | | W | 11/03/95<br>**Listed for Informational Purposes Only** | | | | 0.00 |
| Account No. **xx0768**<br><br>**The Pittsburgh Water & Sewer**<br>**Authority**<br>**1200 Penn Avenue**<br>**Penn Liberty Plaza**<br>**Pittsburgh, PA 15222-4216** | | H | 2009<br>**Utility Bill** | | | | 6,973.19 |
| Account No. **xx-xx-9859**<br><br>**The Water Authority of Braddock**<br>**Borough**<br>**415 Sixth Street**<br>**Braddock, PA 15104** | | H | 2009<br>**Lawsuit** | | | | 1,115.00 |

Sheet no. __**20**__ of __**23**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

11,792.73

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re  **Charles Alescio,**
    **Carolyn D. Alescio**
                                         ,
                            Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx xxxx xxxx 1842**<br><br>**TJ Maxx**<br>**Po Box 15298**<br>**Wilmington, DE 19850** | | W | **4/03/08**<br>**Credit Card Purchases for clothing** | | | | **1,202.00** |
| Account No. **xxxxxxxxxxxx5377**<br><br>**Visa**<br>**9111 Duke Boulevard**<br>**Mason, OH 45040** | | W | **10/06/95**<br>**Listed for Informational Purposes Only** | | | | **0.00** |
| Account No. **xxxxxxxxx4744**<br><br>**Wachovia Mortgage**<br>**Po Box 29544**<br>**Raleigh, NC 27626** | | H | **0/08/96**<br>**Listed for Informational Purposes Only** | | | | **Unknown** |
| Account No. **xxxxxxxxx0000**<br><br>**Washington Mutual Bank**<br>**9601 Mcallister Freeway**<br>**San Antonio, TX 78265** | | J | **11/01/02**<br>**Listed for Informational Purposes Only** | | | | **Unknown** |
| Account No. **xxxxxxxxx2224**<br><br>**Washington Mutual Home**<br>**324 West Evans Street**<br>**Florence, SC 29501** | | J | **9/30/02**<br>**Listed for Informational Purposes Only** | | | | **0.00** |

Sheet no. __**21**__ of __**23**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                Subtotal
         (Total of this page)       **1,202.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Charles Alescio,**
  **Carolyn D. Alescio**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **2009** <br><br> **Wells Fargo** <br> **PO Box 348750** <br> **Sacramento, CA 95834** | | | W | | **4856 2006 0199 7904** <br> **Business Debt** | | | | **3,875.25** |
| Account No. **xxxxxxxxxxx7885** <br><br> **Wells Fargo Finance** <br> **7224 Baptist Road** <br> **Bethel Park, PA 15102** | | H | | | **12/17/01** <br> **Listed for Informational Purposes Only** | | | | **0.00** |
| Account No. **xxxxxxxxxxx8667** <br><br> **Wells Fargo Financial** <br> **2510 Main Street** <br> **Suite J** <br> **Los Lunas, NM 87031** | | | J | | **5/25/00** <br> **Listed for Informational Purposes Only** | | | | **Unknown** |
| Account No. **xxxxx8117** <br><br> **Wells Fargo National Bank** <br> **555 West 112 Avenue** <br> **Northglenn, CO 80234** | | | W | | **1/16/01** <br> **Listed for Informational Purposes Only** | | | | **0.00** |
| Account No. **xxx-x0187, xxx-x0186** <br><br> **Wilkinsburg Borough** <br> **605 Ross Avenue** <br> **Room 104** <br> **Pittsburgh, PA 15221** | | H | | | **2009** <br> **Municipal Service Fee** | | | | **1,296.00** |

Sheet no. __**22**__ of __**23**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**5,171.25**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re     **Charles Alescio,**                                                    Case No. _____
          **Carolyn D. Alescio**

_____ ,
                                   Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J | | | | | |
| | | | J C | | | | | |
| Account No. **xxxxxx-x5820, xxxxx-x5818**<br><br>**Wilkinsburg Penn Joint Water Authority**<br>**2200 Robinson Boulevard**<br>**Pittsburgh, PA 15221** | | H | | **2009**<br>**Utility Bill** | | | | 3,093.47 |
| Account No. **xxx-H-026**<br><br>**Wilkinsburg School District**<br>**c/o Portnoff Law Associates, Ltd.**<br>**1000 Sandy Hill Road**<br>**Suite 150**<br>**Norristown, PA 19401** | | H | | **2008**<br>**Real Estate Taxes owed on surrendered property** | | | | 785.60 |
| Account No. **xx3920**<br><br>**Yellow Book**<br>**2201 Renaissance Boulevard**<br>**King Of Prussia, PA 19406** | | H | | **2009**<br>**Business Advertising** | | | | 1,305.75 |
| Account No. **xxxxxxxx7275**<br><br>**Zale's**<br>**Po Box 6497**<br>**Sioux Falls, SD 57117** | | W | | **10/15/02**<br>**Listed for Informational Purposes Only** | | | | 0.00 |
| Account No. | | | | | | | | |

Sheet no. __**23**__ of __**23**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal<br>(Total of this page) | **5,184.82** |
| Total<br>(Report on Summary of Schedules) | **307,094.28** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6G (Official Form 6G) (12/07)

.

In re   **Charles Alescio,**
     **Carolyn D. Alescio**

Case No. _____

_____,
                  Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Aluminum and Stone**<br>**c/o Raymond Nathan**<br>**363 South Highland Avenue**<br>**Pittsburgh, PA 15206** | **Debtors agree to pay Aluminum and Stone**<br>**$400.00 per week for 200 weeks, beginning**<br>**January 2, 2007 and ending January 2, 2011.** |
| **Anthony and Evette Blackwell**<br>**500 Mellon Street**<br>**Pittsburgh, PA 15206** | **Month to Month Lease Agreement** |
| **Anthony Johnson and Keyonia Parker**<br>**7047 Forest Way**<br>**Pittsburgh, PA 15208** | **Year Lease Agreement** |
| **Bunny Whitaker**<br>**754 Franklin Avenue**<br>**Pittsburgh, PA 15221** | **Month to Month Lease Agreement** |
| **Cynthia Dantzler**<br>**748 Franklin Avenue**<br>**Pittsburgh, PA 15221** | **Year Lease Agreement** |
| **DCFS USA LLC**<br>**36455 Corporate Drive**<br>**Farmington Hills, MI 48331** | **Debtors agree to pay DCFS USA LLC $525.00 a**<br>**month for a leasing term of 51 months.** |
| **Denice Mott**<br>**750 Franklin Avenue**<br>**Pittsburgh, PA 15221** | **Year Lease Agreement** |
| **Eugene and Betsy Thompson**<br>**8072 Aber Road**<br>**Verona, PA 15147** | **Month to Month Lease Agreement** |
| **Florence Boozer**<br>**746 1/2 Frankin Avenue**<br>**Pittsburgh, PA 15221** | **Month to Month Lease Agreement** |
| **Jerry Cunningham**<br>**7041 1/2 Forest Way**<br>**Pittsburgh, PA 15208** | **Year Lease Agreement** |
| **Karen Gibson**<br>**7049 Forest Way**<br>**Pittsburgh, PA 15208** | **Month to Month Lease Agreement** |

**2**

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **Charles Alescio,**                                      Case No. _____
       **Carolyn D. Alescio**

_____,
Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Kayla Sparrow**<br>**23 Holland Avenue**<br>**Braddock, PA 15104** | **Month to Month Lease Agreement** |
| **Lamatta Davis**<br>**539 Francis Street**<br>**Apartment 1**<br>**Pittsburgh, PA 15219** | **Year Lease Agreement** |
| **Leanne Ledbetter**<br>**503 Pitt Street**<br>**Pittsburgh, PA 15221** | **Year Lease Agreement** |
| **Margaret Bates**<br>**7046 Idlewild Street**<br>**Pittsburgh, PA 15208** | **Month to Month Lease Agreement** |
| **Markita Alexander**<br>**121 Shetland Street**<br>**Apartment 1**<br>**Pittsburgh, PA 15206** | **Year Lease Agreement** |
| **Marsha Anderson**<br>**7046 1/2 Idlewild Street**<br>**Pittsburgh, PA 15208** | **Year Lease Agreement** |
| **Mary Hall**<br>**353 Welsh Avenue**<br>**Wilmerding, PA 15148** | **Month to Month Lease Agreement** |
| **Mindy Christmas**<br>**7040 Idlewild Street**<br>**Pittsburgh, PA 15208** | **Month to Month Lease Agreement** |
| **Naomi Jones**<br>**7043 Forest Way**<br>**Pittsburgh, PA 15208** | **Year Lease Agreement** |
| **Nathalie Brown**<br>**213 - 215 North Fairmont Street**<br>**Apartment 1**<br>**Pittsburgh, PA 15206** | **Year Lease Agreement** |
| **Nathan and Susan Hausler**<br>**6557 Lilac Street**<br>**Pittsburgh, PA 15217** | **Rent to Own Agreement**<br>**Location: 2119-2127 Whitaker Way, Homestead PA 15120**<br>**Contract began on June 15th, 2009 and will terminate on June 15th, 2016**<br>**Purchase Price- $129,979.64** |
| **Nicole Parker**<br>**7044 Idlewild Street**<br>**Pittsburgh, PA 15208** | **Year Lease Agreement** |

Sheet   **1**   of   **2**   continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re     **Charles Alescio,**                                 Case No. _____
        **Carolyn D. Alescio**

                                      Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| **Pearl Boozer**<br>**746 Franklin Avenue**<br>**Pittsburgh, PA 15221** | **Month to Month Lease Agreement** |
| **Robert Halerz**<br>**1319 Hays Street**<br>**Homestead, PA 15120** | **Month to Month Lease Agreement** |
| **Rose Bynum**<br>**7045 Forest Way**<br>**Pittsburgh, PA 15208** | **Year Lease Agreement** |
| **Sylvia Parks**<br>**750 1/2 Franklin Avenue**<br>**Pittsburgh, PA 15221** | **Year Lease Agreement** |
| **Tamara Green**<br>**7047 1/2 Forest Way**<br>**Pittsburgh, PA 15208** | **Month to Month Lease Agreement** |

Sheet    **2**    of    **2**    continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                           Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re    **Charles Alescio,**    Case No. _____
    **Carolyn D. Alescio**

_____,
Debtors

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

**0**
____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6I (Official Form 6I) (12/07)

In re    **Charles Alescio**
    **Carolyn D. Alescio**                         Case No. _____
                               Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**Daughter**<br>**Daughter** | AGE(S):<br>**16**<br>**18** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Self-Employed** | **Self-Employed** |
| Name of Employer | | |
| How long employed | **25 years** | **5 years** |
| Address of Employer | | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
|---|---|---:|---|---:|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | **1,386.67** | $ | **2,374.67** |
| 2. Estimate monthly overtime | $ | **0.00** | $ | **0.00** |
| 3. SUBTOTAL | $ | **1,386.67** | $ | **2,374.67** |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
|     a. Payroll taxes and social security | $ | **156.87** | $ | **379.08** |
|     b. Insurance | $ | **0.00** | $ | **0.00** |
|     c. Union dues | $ | **0.00** | $ | **0.00** |
|     d. Other (Specify): | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | **156.87** | $ | **379.08** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | **1,229.80** | $ | **1,995.59** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | **30,218.92** | $ | **8,267.00** |
| 8. Income from real property | $ | **13,926.75** | $ | **0.00** |
| 9. Interest and dividends | $ | **0.00** | $ | **0.00** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | **0.00** | $ | **0.00** |
| 11. Social security or government assistance<br>(Specify): | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 12. Pension or retirement income | $ | **0.00** | $ | **0.00** |
| 13. Other monthly income<br>(Specify): | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | **44,145.67** | $ | **8,267.00** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | **45,375.47** | $ | **10,262.59** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ | **55,638.06** | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re    **Charles Alescio**
         **Carolyn D. Alescio**                                   Case No. _____
_____
                    Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 4,270.04 |
| a. Are real estate taxes included?         Yes ____         No __X__ | | |
| b. Is property insurance included?         Yes ____         No __X__ | | |
| 2. Utilities:      a. Electricity and heating fuel | $ | 535.00 |
|                    b. Water and sewer | $ | 180.00 |
|                    c. Telephone | $ | 325.00 |
|                    d. Other | $ | 0.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 250.00 |
| 4. Food | $ | 800.00 |
| 5. Clothing | $ | 150.00 |
| 6. Laundry and dry cleaning | $ | 70.00 |
| 7. Medical and dental expenses | $ | 150.00 |
| 8. Transportation (not including car payments) | $ | 100.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 30.00 |
| 10. Charitable contributions | $ | 90.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|                    a. Homeowner's or renter's | $ | 273.00 |
|                    b. Life | $ | 290.34 |
|                    c. Health | $ | 0.00 |
|                    d. Auto | $ | 0.00 |
|                    e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|       (Specify)   **Real Estate Tax** | $ | 125.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|                    a. Auto | $ | 0.00 |
|                    b. Other | $ | 0.00 |
|                    c. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 45,620.38 |
| 17. Other   **Haircuts, gifts, personal care products, miscellaneous** | $ | 30.00 |
|      Other   **Pet Care / Supplies** | $ | 20.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 53,308.76 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a.    Average monthly income from Line 15 of Schedule I | $ | 55,638.06 |
| b.    Average monthly expenses from Line 18 above | $ | 53,308.76 |
| c.    Monthly net income (a. minus b.) | $ | 2,329.30 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
### Western District of Pennsylvania, Pittsburgh Div

In re  **Charles Alescio**
**Carolyn D. Alescio**
_____
                                                     Debtor(s)

Case No. _____

Chapter   **11**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**53**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **December 22, 2009**                    Signature:  **/s/ Charles Alescio**
                                                                                    Debtor

Date  **December 22, 2009**                    Signature:  **/s/ Carolyn D. Alescio**
                                                                                    (Joint Debtor, if any)

[If joint case, both spouses must sign.]

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the ____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership] of the ____ [corporation or partnership] named as a debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____ sheets *[total shown on summary page plus 1]*, and that they are true and correct to the best of my knowledge, information, and belief.

Date  _____    Signature:  _____

[Print or type name of individual signing on behalf of debtor]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
### Western District of Pennsylvania, Pittsburgh Div

In re    **Charles Alescio**
**Carolyn D. Alescio**
                    Debtor(s)

Case No. _____

Chapter    **11**

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$15,253.33** | **2009 Husband** |
| **$26,121.33** | **2009 Wife**<br>**Year to Date** |
| **$338,388.02** | **2009 Husband, Business Income**<br>**Chuck Alescio Contracting and Plumbing**<br>**Year to Date** |
| **$20,167.00** | **2009 Husband, Business Income**<br>**US Lumber Company**<br>**Year to Date** |

| AMOUNT | SOURCE |
|---|---|
| **$116,072.00** | **2009 Wife, Business Income**<br>**Carolyn Homes and Remodeling**<br>**Year to Date** |
| **$0.00** | **2009 Wife, Business Loss**<br>**Roosters and Lace**<br>**Year to Date** |
| **$105,259.00** | **2009 Income from Rental Properties**<br>**Year to Date** |
| **$28,496.00** | **2008 Wife** |
| **$-7,107.00** | **2008 Husband, Business Loss**<br>**Chuck Alescio Contracting and Plumbing** |
| **$13,485.00** | **2008 Husband, Business Income**<br>**US Lumber Company** |
| **$-5,037.00** | **2008 Wife, Business Loss**<br>**Roosters and Lace** |
| **$0.00** | **2008 Wife, Business Income**<br>**Carolyn Homes and Remodeling** |
| **$28,926.00** | **2008 Income from Rental Properties** |
| **$29,044.00** | **2007 Wife** |
| **$8,996.00** | **2007 Husband, Business Income**<br>**Chuck Alescio Contracting and Plumbing** |
| **$42,731.00** | **2007 Husband, Business Income**<br>**US Lumber Company** |
| **$-486.00** | **2007 Wife, Business Loss**<br>**Roosters and Lace** |
| **$0.00** | **2007 Wife, Business Income**<br>**Carolyn Homes and Remodeling** |
| **$19,954.00** | **2007 Income from Rental Properties** |

**2. Income other than from employment or operation of business**

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$743.00** | **2007 Taxable Interest** |
| **$5,739.00** | **2007 Gain from Transfer of Pickup Truck** |
| **$54,251.00** | **2007 IRA Distributions** |
| **$555.00** | **2008 Taxable Interest** |
| **$170,122.00** | **2008 Capital Gain** |
| **$33,450.00** | **2008 Other Gains** |

**3. Payments to creditors**

None ☐

***Complete a. or b., as appropriate, and c.***

a.     *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **National City Bank**<br>**Commercial Services**<br>**PO Box 1030**<br>**Oshtemo, MI 49077-1030** | **12/09**<br>**11/09**<br>**10/09** | **$705.23** | **$170,000.00** |
| **Central Mortgage Company**<br>**801 John Barrow Road**<br>**Suite 1**<br>**Little Rock, AR 72205** | **12/09**<br>**11/09**<br>**10/09** | **$667.44** | **$15,992.00** |
| **Hilton Resorts Coporation**<br>**6355 Metro West Boulevard**<br>**Suite 180**<br>**Orlando, FL 32835** | **12/09**<br>**11/09**<br>**10/09** | **$300.00** | **$20,000.00** |
| **BAC Home Loans Servicing**<br>**450 American Street**<br>**Simi Valley, CA 93065** | **12/09**<br>**11/09**<br>**10/09** | **$12,810.00** | **$630,880.00** |
| **BAC Home Loans Servicing**<br>**450 American Street**<br>**Simi Valley, CA 93065** | **12/09**<br>**11/09**<br>**10/09** | **$1,311.00** | **$163,960.00** |
| **Marquette Savings**<br>**920 Peach Street**<br>**Erie, PA 16501** | **12/09**<br>**11/09**<br>**10/09** | **$3,300.00** | **$109,748.00** |
| **Washington Mutual Bank**<br>**Po Box 1093**<br>**Northridge, CA 91328** | **12/09**<br>**11/09**<br>**10/09** | **$852.00** | **$11,198.00** |
| **DCFS USA LLC**<br>**36455 Corporate Drive**<br>**Farmington Hills, MI 48331** | **12/09**<br>**11/09**<br>**10/09** | **$1,575.00** | **$18,507.00** |
| **First National Bank**<br>**1 FNB Boulevard**<br>**Hermitage, PA 16148** | **12/09**<br>**11/09**<br>**10/09** | **$1,062.00** | **$11,489.00** |

None ■

b.     *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ■

c.     *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

4

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **First Commonwealth Bank vs. Charles Alescio Case No. 2009-6175** | **Civil Action** | **Court of Common Pleas of Washington County, Pennsylvania** | **Judgment for the Plaintiff in the amount of $123,426.18.** |
| **Huntington National Bank vs. Charles A. Alescio Case No. GD-09-13854** | **Civil Action** | **Court of Common Pleas of Allegheny County, Pennsylvania** | **Judgment for the Plaintiff in the amount of $14,979.76.** |
| **Allegheny Valley Bank of Pittsburgh vs. Charles Alescio Case No. GD09-009617** | **Civil Action** | **Court of Common Pleas of Allegheny County, Pennsylvania** | **Judgment for the Plaintiff in the amount of $63,951.57.** |
| **Huntington National Bank vs. Charles and Carolyn D. Alescio Case No. GD-09-13625** | **Civil Action** | **Court of Common Pleas of Allegheny County, Pennsylvania** | **Judgment for the Plaintiff in the amount of $28,813.70.** |
| **JP Morgan Chase Bank N.A. vs. Charles and Carolyn D. Alescio Case No. MG-09-002558** | **Civil Action** | **Court of Common Pleas of Allegheny County, Pennsylvania** | **Judgment for the Plaintiff in the amount of $36,008.40.** |
| **Braddock Borough Water Authority vs. Charles Alescio Case No. AR-09-009859** | **Civil Action** | **Court of Common Pleas of Allegheny County, Pennsylvania** | **Pending** |
| **BAC Home Loans Servicing, L.P. vs. Charles and Carolyn D. Alescio Case No. MG-09-003040** | **Civil Action** | **Court of Common Pleas of Allegheny County, Pennsylvania** | **Pending** |
| **Central Mortgage Company vs. Charles and Carolyn D. Alescio Case No. MG-09-002954** | **Civil Action** | **Court of Common Pleas of Allegheny County, Pennsylvania** | **Pending** |
| **BAC Home Loans Servicing, L.P. vs. Charles and Carolyn D. Alescio Case No. GD-09-021256** | **Civil Action** | **Court of Common Pleas of Allegheny County, Pennsylvania** | **Pending** |

None ■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Mazzei & Associates Professional Office Building 432 Boulevard of the Allies Pittsburgh, PA 15219** | **September 10, 2009** | **Costs- $1,200.00 Fees- $8,800.00** |

6

### 10. Other transfers

None ☐    a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Webco Studios LLC**<br>**5002 Penn Avenue**<br>**Pittsburgh, PA 15224**<br>   **None** | **January 2008** | **Location: 5002, 5004, 5006 Penn Avenue, Pittsburgh PA 15224**<br>**$350,000.00** |
| **Fisher & Fisher Rentals LLC**<br><br>   **None** | **December 23, 2008** | **Location: 7403 Idlewild Street, Pittsburgh PA 15208**<br>**$60,000.00** |
| **Fisher & fisher Rentals LLC**<br><br>   **None** | **December 23, 2008** | **Location: 400 Larimer Avenue, Pittsburgh PA 15206**<br>**$60,000.00** |
| **East Liberty Development Inc.**<br><br>   **None** | **April 4, 2008** | **Location: 610 North Euclid Avenue, Pittsburgh PA 15206**<br>**$31,360.00** |
| **Krinchai Teppituk and Lichun Chia**<br><br>   **None** | **April 1, 2009** | **Location: 6640 5th Avenue, Pittsburgh PA 15206**<br>**$235,000.00** |
| **MSide Realty LLC**<br>**1525 Windcrest Drive**<br>**Pittsburgh, PA 15206**<br>   **None** | **November 5, 2009** | **Location: 6637 Stanton Avenue, Pittsburgh PA 15206**<br>**Debtors received no profit from transfer** |

None ☐    b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|
| **Juniper Holdings Inc.**<br><br>   **None** | **December 10, 2007** | **Location: 1742 Morningside Avenue, Pittsburgh PA 15206**<br>**$40,000.00** |

### 11. Closed financial accounts

None ☐    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **National City Bank**<br>**116 Allegheny Center**<br>**Pittsburgh, PA 15212** | **Personal Checking Accoun**<br>**$0.00** | **$0.00**<br>**September 22, 2009** |
| **National City Bank**<br>**116 Allegheny Center**<br>**Pittsburgh, PA 15212** | **Personal Checking Accoun**<br>**$0.00** | **$0.00**<br>**September 22, 2009** |

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **National City Bank** **116 Allegheny Center** **Pittsburgh, PA 15212** | **Business Checking Account** **$0.00** | **$0.00** **September 23, 2009** |
| **National City Bank** **116 Allegheny Center** **Pittsburgh, PA 15212** | **Business Checking Account** **$0.00** | **$0.00** **September 22, 2009** |
| **National City Bank** **116 Allegheny Center** **Pittsburgh, PA 15212** | **Business Checking Account** **$0.00** | **$0.00** **September 22, 2009** |
| **National City Bank** **116 Allegheny Center** **Pittsburgh, PA 15212** | **Business Checking Account** **$0.00** | **$0.00** **September 22, 2009** |
| **National City Bank** **116 Allegheny Center** **Pittsburgh, PA 15212** | **Business Checking Account** **$0.00** | **$0.00** **September 22, 2009** |

### 12.  Safe deposit boxes

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13.  Setoffs

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14.  Property held for another person

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

### 15.  Prior address of debtor

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

### 16.  Spouses and Former Spouses

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None    a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable
■      or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous
■      Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which
■      the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
☐      ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Chuck Alescio Contracting and Plumbing** | **25-1534830** | **2119 Whitaker Way Homestead, PA 15120** | **Plumbing, Heating, and Air Conditioning Contractors** | **1986 - Present** |
| **Roosters and Lace** | **1637** | **503 Washington Road Bridgeville, PA 15017** | **Gift and Novelty Retail Store** | **2005 - Present** |
| **US Lumber Company** | **25-1534830** | **117 Edgeworth Avenue Pittsburgh, PA 15218** | **Home Remodeling** | **2006 - Present** |

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Carolyn Homes and Remodeling** | **1637** | **2119 Whitaker Way Homestead, PA 15120** | **Administrative Support** | **2006 - Present** |
| **Alescio Realty** | **7405** | **2119 Whitaker Way Homestead, PA 15120** | **Real Estate Business** | **2009 - Present** |

None
■
b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                                    ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐
a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                                    DATES SERVICES RENDERED
**Lando, Weisberg, Kelley, & Co., P.C.**
**6315 Forbes Avenue**
**Pittsburgh, PA 15217**

None
■
b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                          ADDRESS                          DATES SERVICES RENDERED

None
☐
c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                                    ADDRESS
**Lando, Weisberg, Kelley, and Co., P.C.**                **6315 Forbes Avenue**
                                                          **Pittsburgh, PA 15217**

None
■
d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                                    DATE ISSUED

**20. Inventories**

None
☐
a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| **2008 - 2009** | **Carolyn D. Alescio** | **$11,500.00** |
| **2008 - 2009** | **Charles Alescio** | **$1,500.00** |

None ☐    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| **2008 - 2009** | **Carolyn D. Alescio**<br>**326 Snowberry Circle**<br>**Venetia, PA 15367** |
| **2008 - 2009** | **Charles Alescio**<br>**326 Snowberry Circle**<br>**Venetia, PA 15367** |

### 21 . Current Partners, Officers, Directors and Shareholders

None ■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ■    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

### 22 . Former partners, officers, directors and shareholders

None ■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

### 23 . Withdrawals from a partnership or distributions by a corporation

None ■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 24. Tax Consolidation Group.

None ■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

### 25. Pension Funds.

None ■    If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date   **December 22, 2009**            Signature   **/s/ Charles Alescio**

                                                    **Charles Alescio**
                                                    Debtor

Date   **December 22, 2009**            Signature   **/s/ Carolyn D. Alescio**

                                                    **Carolyn D. Alescio**
                                                    Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Western District of Pennsylvania, Pittsburgh Div

In re  **Charles Alescio**
**Carolyn D. Alescio**                                                Case No. _____
                                           Debtor(s)        Chapter      **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **8,800.00** |
| Prior to the filing of this statement I have received | $ | **8,800.00** |
| Balance Due | $ | **0.00** |

2.  The source of the compensation paid to me was:

    ■ Debtor        ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor        ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning;  pre-bankruptcy planning, and other expenses related to, but not limited to, the preparation of the bankruptcy petition.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
        **Representation of the debtor(s) in any dischargeability actions, judicial lien avoidances, relief from stay actions, conversion, dismissal or plan default actions, any adjourned meeting of creditors, subsequent confirmation hearings or status conferences, or any other adversary proceeding, reaffirmation or redemption agreements, amendment fees or costs, fees associated with the appointment of any professional or expert witness, sale or transfer of property, or any motion or application seeking the approval of settlements or civil actions.  Debtor(s) are responsible for all costs necessary for the preparation, continuation or filing of the case.**

        **Fee based on agreed hourly rate of $300.00, subject to increases per fee agreement.  In the event hourly services exceed the above-stated amount, additional fees will be requested.**

        **A separate legal fee agreement has been entered into between the Debtor(s) and his/her counsel prior to filing which enumerates all fees and costs in more specificity regarding payment for costs and legal services provided to the Debtor(s) for this case.**

In re  **Charles Alescio
Carolyn D. Alescio** _____     Case No. _____
Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
### (Continuation Sheet)

| CERTIFICATION |
|---|
|     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.<br><br>Dated:  **December 22, 2009** _____       **/s/ JASON J. MAZZEI, ESQUIRE** _____<br>                                                **JASON J. MAZZEI, ESQUIRE 83775**<br>  **MAZZEI & ASSOCIATES**<br>  **PROFESSIONAL OFFICE BUILDING**<br>  **432 BOULEVARD OF THE ALLIES**<br>  **PITTSBURGH, PA 15219**<br>  **412-765-3606  Fax: 412-765-1917**<br>  **jmazzei@debt-be-gone.com** |

B 201A (Form 201A) (12/09)

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days.  For further information, see note at bottom of page 2**

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA, PITTSBURGH DIV

# NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
# OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition.  In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.  If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis. The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.  Each debtor in a joint case must complete the briefing.

In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge. The clerk also has a list of approved financial management instructional courses.  Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court. The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009. Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
### Western District of Pennsylvania, Pittsburgh Div

In re    **Charles Alescio**
      **Carolyn D. Alescio** _____    Case No. _____

                                             Debtor(s)    Chapter    **11** _____

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

      I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Charles Alescio**
**Carolyn D. Alescio** _____    X    **/s/ Charles Alescio**                  **December 22, 2009**

Printed Name(s) of Debtor(s)                                Signature of Debtor               Date

Case No. (if known) _____    X    **/s/ Carolyn D. Alescio**             **December 22, 2009**

                                                          Signature of Joint Debtor (if any)      Date

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

**United States Bankruptcy Court**

**Western District of Pennsylvania, Pittsburgh Div**

In re   **Charles Alescio**
       **Carolyn D. Alescio**                Case No.

                                       Debtor(s)      Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:   **December 22, 2009**            **/s/ Charles Alescio**

                                         **Charles Alescio**
                                         Signature of Debtor

Date:   **December 22, 2009**            **/s/ Carolyn D. Alescio**

                                         **Carolyn D. Alescio**
                                         Signature of Debtor

Aegis Mortgage Corporation
3250 Briarpark Drive
Suite 40
Houston, TX 77042

Allegheny Valley Bank
5137 Butler Street
Pittsburgh, PA 15201

Aluminum and Stone
c/o Raymond Nathan
363 South Highland Avenue
Pittsburgh, PA 15206

America Eagle
Po Box 103024
Roswell, GA 30076

American Eagle
Po Box 103024
Roswell, GA 30076

American Express
Po Box 297871
Fort Lauderdale, FL 33329

American Recovery Services, Inc.
555 St. Charles Drive
Suite 100
Thousand Oaks, CA 91360

BAC Home Loan Servicing, L.P.
1800 Tapo Canyon Road
Mail Stop #SV-103
Simi Valley, CA 93063

BAC Home Loans Servicing
450 American Street
Simi Valley, CA 93065

Bank of America
P.O. Box 1598
Norfolk, VA 23501

Barclays Bank Delaware
125 South West Street
Wilmington, DE 19801

Borough of Wilkensburg
605 Ross Avenue
Pittsburgh, PA 15221

Boscov's
Po Box 4274
Reading, PA 19606

BP Oil
Po Box 15298
Wilmington, DE 19850

Bureau of Individual Taxes
PO Box 280431
Harrisburg, PA 17128-0431

Capital Management Services
726 Exchange Street, Suite 700
Buffalo, NY 14210

Capital Management Services
726 Exchange Street
Suite 700
Buffalo, NY 14210

Capital One NA
Po Box 26625
Richmond, VA 23261

Central Mortgage Company
801 John Barrow Road
Suite 1
Little Rock, AR 72205

Central Tax Bureau of Pennsylvania
20 Emerson Lane
Suite 908
Bridgeville, PA 15017-3498

Children's Place
Po Box 6497
Sioux Falls, SD 57117

Citi
Po Box 6241
Sioux Falls, SD 57117

Citi
Po Box 6003
Hagerstown, MD 21747

Citifinancial Retail Services
Po Box 22066
Tempe, AZ 85285

City of Pittsburgh
414 Grant Street
Pittsburgh, PA 15219

City of Pittsburgh Treasurer
PO Box 642602
Pittsburgh, PA 15264-2602

Commonwealth of Pennsylvania
Department of Revenue
Dept. 280431
Harrisburg, PA 17128-0431

County of Allegheny
Office of the Controller
104 Courthouse
436 Grant Street
Pittsburgh, PA 15219-2498

Credit Management
2121 Noblestown Road
Pittsburg, PA 15205

DCFS USA LLC
36455 Corporate Drive
Farmington Hills, MI 48331

Dessen, Moses, and Rossitto
600 Easton Road
Willow Grove, PA 19090

Discover Financial Services LLC
Po Box 15316
Wilmington, DE 19850

Duquesne Light Company
c/o Peter J. Ashcroft, Esquire
Bernstein Law Firm, P.C.
Suite 2200, Gulf Tower
Pittsburgh, PA 15219

Equitable Gas
420 Boulevard of the Allies
Pittsburgh, PA 15217

Equitable Gas Bankruptcy Department
Attn: Judy Gawlowski
200 Allegheny Center Mall
Pittsburgh, PA 15212

FIA CSNA
Po Box 17054
Wilmington, DE 19850

Fifth Third Bank
38 Fountain Square Plaza
Cincinnati, OH 45263

First Commonwealth Bank
1163 South Main Street
Mansfield, PA 16933

First Data
4000 Coral Ridge Drive
Coral Springs, FL 33065

First Equity Card
P.O. Box 740933
Dallas, TX 75374

First National Bank
1 FNB Boulevard
Hermitage, PA 16148

Flagstar Bank
5151 Corporate Drive
Troy, MI 48098

Ford Credit
Po Box Box 542000
Omaha, NE 68154

Ford Motor Credit Company
12110 Emmet Drive
Omaha, NE 68164

G M A C
Po Box 535160
Pittsburgh, PA 15253

Gemb/Jcpenney
Po Box 984100
El Paso, TX 79998

Gemb/Jewelry Express
Po Box 981439
El Paso, TX 79998

Gemb/Old Navy
Po Box 981400
El Paso, TX 79998

Gemb/Sam's Club
Po Box 981400
El Paso, TX 79998

Goldbeck, McCafferty, & McKeever
Suite 5000-Mellon Independence Center
701 Market Street
Philadelphia, PA 19106

Griffith, McCague, & Wallace
The Gulf Tower, 38th Floor
707 Grant Street
Pittsburgh, PA 15219

Gulf Coast Collection
8556 Katy Freeway  Suite 121
Houston, TX 77024

Gulf Oil
8035 Quivira Road
Suite 100
Lenexa, KS 66215

Hilton Resorts Coporation
6355 Metro West Boulevard
Suite 180
Orlando, FL 32835

Homeq Servicing
Po Box 13716
Sacramento, CA 95853

Hsbc Bank
Po Box 5253
Carol Stream, IL 60197

HSBC Bank
Po Box 9068
Brandon, FL 33509

HSBC/Kmart
Po Box 15524
Wilmington, DE 19850

HSBC/Value City
Po Box 15524
Wilmington, DE 19850

HSBC/Wicks Furniture
90 Christiana Road
New Castle, DE 19720

IDEARC Media
PO Box 619810
Dallas, TX 75261

Image Radiology Group
90 Chamber Plaza
Charleroi, PA 15022

Insurance Restoration Consultants, Inc.
2661 Clearview Road
Suite 5
Allison Park, PA 15101-3180

Internal Revenue Service
P.O. Box 21125
Philadelphia, PA 19114

Internal Revenue Service
William S. Moorehead Federal Building
1000 Liberty Avenue
Room 806
Pittsburgh, PA 15222

Internal Revenue Service
Insolvency Unit
P.O. Box 628
Pittsburgh, PA 15230

Jack & Jill/Cbsd
Po Box 6497
Sioux Falls, SD 57117

Joseph, Mann & Creed
20600 Chagrin Boulevard
Suite 550
Beachwood, OH 44122-5340

JPMorgan Chase Bank
7255 Baymeadows Way
Jacksonville, FL 32256

Key Bank
202 Second Street
Canton, OH 44702

Kohls
North 56 West 17000 Ridgewood Drive
Menomonee Falls, WI 53051

Kubota Credit Corporation
1025 Northbrook Parkway
Suwanee, GA 30024

Lowe's
Monogram Credit Card Bank of GA
PO BOX 981064
El Paso, TX 79998-1064

M. Lawrence Shields III
5055 Buttermilk Hollow Road
West Mifflin, PA 15122

Macys
9111 Duke Boulevard
Mason, OH 45040

Maiello, Brungo & Maiello, LLP
One Churchill Park
3301 McCrady Road
Pittsburgh, PA 15235

Margolis Edelstein
c/o Charles Kirshner
525 William Penn Place
Suite 3300
Pittsburgh, PA 15219

Marquette Savings
920 Peach Street
Erie, PA 16501

McCabe, Weisberg, & Conway, PC
123 South Broad Street
Suite 2080
Philadelphia, PA 19109

McCarthy, Burgess & Wolff
26000 Cannon Road
Bedford, OH 44146

McGrath & Associates
Three Gateway Center
401 Liberty Avenue, Suite 1375
Pittsburgh, PA 15222

Meyers Plumbing & Heating
2127 Fifth Avenue
Pittsburgh, PA 15219

National City
1 National City Parkway
Kalamazoo, MI 49009

National City Bank
4661 East Main Street
Columbus, OH 43213

National City Bank
100 North 13th Street
Franklin, PA 16323

National City Bank
Commercial Services
PO Box 1030
Oshtemo, MI 49077-1030

National City Card
100 North 13th Street
Franklin, PA 16323

National City Card Service
1 National City Parkway
Kalamazoo, MI 49009

Nationstar Mortgage
PO Box 829009
Dallas, TX 75382-9009

Nationwide Credit, Inc.
PO Box 740640
Atlanta, GA 30374-0640

New York & Company
220 West Schrock Road
Westerville, OH 43081

Northland Group Inc.
P.O. Box 390905
Edina, MN 55439

Olympus Servicing LP
9600 Great Hills Trail
Austin, TX 78759

Penn Hills School District
Tax Office
309 Collins Drive
Pittsburgh, PA 15235

Pennsylvania Association of Credit Manag
3737 Library Road
Pittsburgh, PA 15234-2232

Peters Township
102 Rahway Road
Canonsburg, PA 15317

Phelan Hallinan & Schmieg, LLP
1617 John F. Kennedy Boulevard
Suite 1400
Philadelphia, PA 19103

Pietragallo, Bosick & Gordon, LLP
54 Buhl Boulevard
Sharon, PA 16146

PNC Bank
Po Box 37560
Louisville, KY 40233

PNC Bank
2730 Liberty Avenue
Pittsburgh, PA 15222

Portnoff Law Associates
1000 Sandy Hill Road
Suite 150
Norristown, PA 19401

Quality Mortgage USA, Inc.
16800 Aston Street
Irvine, CA 92606

Sam Levin Inc.
Po Box 29168
Columbus, OH 43229

Sam's Club
Po Box 981400
El Paso, TX 79998

Sears
Po Box 6189
Sioux Falls, SD 57117

Select Portfolio Servicing
Po Box 65250
Salt Lake City, UT 84165

Stonecipher, Cunningham, Beard & Schmidt
125 First Avenue
Pittsburgh, PA 15222-1590

Target
Po Box 673
Minneapolis, MN 55440

Target National Bank
Po Box 673
Minneapolis, MN 55440

The Gap
Po Box 981400
El Paso, TX 79998

The Home Depot
Home Depot Credit Services
PO Box 689100
Des Moines, IA 50368

The Huntington National Bank
P.O. Box 5065
Pittsburgh, PA 15235-2730

The Huntington National Bank
PO Box 2059
Columbus, OH 43216

The Huntington National Bank
PO Box 182232
Columbus, OH 43218-2232

The Limited
Po Box 330066
Northglenn, CO 80233

The Pittsburgh Water & Sewer Authority
1200 Penn Avenue
Penn Liberty Plaza
Pittsburgh, PA 15222-4216

The Water Authority of Braddock Borough
415 Sixth Street
Braddock, PA 15104

TJ Maxx
Po Box 15298
Wilmington, DE 19850

USDL Pittsburgh Inc.
665 Rodi Road
Pittsburgh, PA 15235

Visa
9111 Duke Boulevard
Mason, OH 45040

Wachovia Mortgage
Po Box 29544
Raleigh, NC 27626

Washington Mutual Bank
9601 Mcallister Freeway
San Antonio, TX 78265

Washington Mutual Bank
Po Box 1093
Northridge, CA 91328

Washington Mutual Home
324 West Evans Street
Florence, SC 29501

Wells Fargo
PO Box 348750
Sacramento, CA 95834

Wells Fargo Finance
7224 Baptist Road
Bethel Park, PA 15102

Wells Fargo Financial
2510 Main Street
Suite J
Los Lunas, NM 87031

Wells Fargo National Bank
555 West 112 Avenue
Northglenn, CO 80234

WG Balph Company
311 Brushton Avenue
Pittsburgh, PA 15221

Wilkinsburg Borough
605 Ross Avenue
Room 104
Pittsburgh, PA 15221

Wilkinsburg Penn Joint Water Authority
2200 Robinson Boulevard
Pittsburgh, PA 15221

Wilkinsburg School District
c/o Portnoff Law Associates, Ltd.
1000 Sandy Hill Road
Suite 150
Norristown, PA 19401

Yellow Book
2201 Renaissance Boulevard
King Of Prussia, PA 19406

Yellow Pages, Inc.
PO Box 60007
Anaheim, CA 92812-6007

Zale's
Po Box 6497
Sioux Falls, SD 57117

B22B (Official Form 22B) (Chapter 11) (01/08)

In re  **Charles Alescio**
**Carolyn D. Alescio**
_____
Debtor(s)

Case Number: _____
(If known)

# CHAPTER 11 STATEMENT OF CURRENT MONTHLY INCOME

In addition to Schedules I and J, this statement must be completed by every individual Chapter 11 debtor, whether or not filing jointly.  Joint debtors may complete one statement only.

| | **Part I. CALCULATION OF CURRENT MONTHLY INCOME** | | | |
|---|---|---|---|---|
| 1 | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed.<br>a. ☐ Unmarried. **Complete only Column A ("Debtor's Income") for Lines 2-10.**<br>b. ☐ Married, not filing jointly. **Complete only column A ("Debtor's Income") for Lines 2-10.**<br>c. ■ Married, filing jointly. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 2-10.** | | | |
| | All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing.  If the amount of monthly income varied during the six months, you must divide the six-month total by six, and enter the result on the appropriate line. | | **Column A**<br><br>Debtor's<br>Income | **Column B**<br><br>Spouse's<br>Income |
| 2 | **Gross wages, salary, tips, bonuses, overtime, commissions.** | | $          1,386.67 | $          2,374.67 |
| 3 | **Net income from the operation of a business, profession, or farm.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 3.  If more than one business profession or farm, enter aggregate numbers and provide details on an attachment.  Do not enter a number less than zero.<br><br>| | Debtor | Spouse |<br>| a. | Gross receipts | $ 30,218.92 | $ 8,267.00 |<br>| b. | Ordinary and necessary business expenses | $ 29,687.42 | $ 8,686.75 |<br>| c. | Business income | Subtract Line b from Line a | | | $          531.50 | $          0.00 |
| 4 | **Net Rental and other real property income.**  Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4.  Do not enter a number less than zero.<br><br>| | Debtor | Spouse |<br>| a. | Gross receipts | $ 13,926.75 | $ 0.00 |<br>| b. | Ordinary and necessary operating expenses | $ 11,516.25 | $ 0.00 |<br>| c. | Rent and other real property income | Subtract Line b from Line a | | | $          2,410.50 | $          0.00 |
| 5 | **Interest, dividends, and royalties.** | | $          0.00 | $          0.00 |
| 6 | **Pension and retirement income.** | | $          0.00 | $          0.00 |
| 7 | **Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose.** Do not include alimony or separate maintenance payments or amounts paid by the debtor's spouse if Column B is completed. | | $          0.00 | $          0.00 |
| 8 | **Unemployment compensation.** Enter the amount in the appropriate column(s) of Line 8.  However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below:<br><br>Unemployment compensation claimed to be a benefit under the Social Security Act  Debtor $  0.00  Spouse $  0.00 | | $          0.00 | $          0.00 |
| 9 | **Income from all other sources.**  Specify source and amount. If necessary, list additional sources on a separate page. Total and enter on Line 9. **Do not include alimony or separate maintenance payments paid by your spouse if Column B is completed, but include all other payments of alimony or separate maintenance.  Do not include** any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism.<br><br>| | Debtor | Spouse |<br>| a. | | $ | $ |<br>| b. | | $ | $ | | | $          0.00 | $          0.00 |
| 10 | **Subtotal of current monthly income.** Add lines 2 thru 9 in Column A, and, if Column B is completed, add Lines 2 thru 9 in Column B.  Enter the total(s). | | $          4,328.67 | $          2,374.67 |

B22B (Official Form 22B) (Chapter 11) (01/08)                                                        2

| 11 | **Total current monthly income.** If Column B has been completed, add Line 10, Column A to Line 10, Column B, and enter the total.  If Column B has not been completed, enter the amount from Line 10, Column A. | $ | **6,703.34** |

| | **Part II. VERIFICATION** |

| 12 | I declare under penalty of perjury that the information provided in this statement is true and correct.  *(If this is a joint case, both debtors must sign.)* |

Date:  **December 22, 2009**          Signature:  **/s/ Charles Alescio**

                                                          **Charles Alescio**
                                                                   (Debtor)

Date:  **December 22, 2009**          Signature   **/s/ Carolyn D. Alescio**

                                                          **Carolyn D. Alescio**
                                                          (Joint Debtor, if any)

# Current Monthly Income Details for the Debtor

**Debtor Income Details:**
Income for the Period **06/01/2009** to **11/30/2009**.

**Line 2 - Gross wages, salary, tips, bonuses, overtime, commissions**
Source of Income: **Callos Management Company, Inc.**
Constant income of **$1,386.67** per month.

**Line 3 - Income from operation of a business, profession, or farm**
Source of Income: **US Lumber Company**
Constant income of   **2,397.75**   per month.
Constant expense of   **1,274.00**   per month.
Net Income   **1,123.75**   per month.

**Line 3 - Income from operation of a business, profession, or farm**
Source of Income: **Chuck Alescio Contracting and Plumbing**
Constant income of   **27,821.17**   per month.
Constant expense of   **28,413.42**   per month.
Net Income   **-592.25**   per month.

**Line 4 - Rent and other real property income**
Source of Income: **Rental Properties**
Constant income of   **13,926.75**   per month.
Constant expense of   **11,516.25**   per month.
Net Income   **2,410.50**   per month.

**B22B (Official Form 22B) (Chapter 11) (01/08)**                                                                4

## Current Monthly Income Details for the Debtor's Spouse

**Spouse Income Details**:
Income for the Period **06/01/2009** to **11/30/2009**.

**Line 2 - Gross wages, salary, tips, bonuses, overtime, commissions**
Source of Income: **Callos Management Company, Inc.**
Constant income of **$2,374.67** per month.

**Line 3 - Income from operation of a business, profession, or farm**
Source of Income: **Roosters and Lace**
Constant income of   **280.75**   per month.
Constant expense of   **700.50**   per month.
Net Income   **-419.75**   per month.

**Line 3 - Income from operation of a business, profession, or farm**
Source of Income: **Carolyn Homes and Remodeling**
Constant income of   **7,986.25**   per month.
Constant expense of   **7,986.25**   per month.
Net Income   **0.00**   per month.